UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| FINJAN, INC., a Delaware corporation | : | Misc No. |
| Plaintiff, | : |  |
|  | : | (pending in the District of Delaware, |
| v. | : | Civ. Action No. 10-cv-00593-GMS) |
|  | : |  |
| MCAFEE, INC., a Delaware corporation; SYMANTEC, | : | **NOTICE OF MR. EZRA SOFER'S** |
| CORP., a Delaware corporation, WEBROOT | : | **MOTION TO QUASH SUBPOENA** |
| SOFTWARE, INC., a Delaware corporation, | : | **AND FOR PROTECTIVE ORDER** |
| WEBSENSE, INC., a Delaware corporation and | : |  |
| SOPHOS, INC., a Massachusetts corporation, |  |  |
| Defendants. |  |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Please take notice that, upon the accompanying Memorandum of Law and

supporting Declarations of Benu Mehra, Esq. and Mr. Ezra Sofer, dated January 26, 2012, Mr.

Sofer will move this Court, at Part I thereof, at the United States Courthouse, 500 Pearl Street,

New York, New York, at a date and time convenient for the Court, for an order pursuant to

Federal Rule of Civil Procedure 45(c)(3) quashing the subpoena *ad testificandum* issued on

January 12, 2012, and for a protective order pursuant to Federal Rule of Civil Procedure 26(c)

preventing such deposition from proceeding, and awarding such other relief as the Court may

deem just and proper.

- 1 -

Dated:  January 26, 2012

By: _____

Paul J. Andre
Lisa Kobialka
James Hannah
Kramer Levin Naftalis & Frankel LLP
990 Marsh Road
Menlo Park, CA 94025
(650) 752-1700
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com

Benu Mehra
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
bmehra@kramerlevin.com

Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE  19899 (302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Plaintiff*
Finjan, Inc. (now known as FI Delaware Inc.)

KL3 2862055.1

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FINJAN, INC.,<br>a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MCAFEE, INC., a Delaware corporation;<br>SYMANTEC CORP., a Delaware corporation,<br>WEBROOT SOFTWARE, INC., a Delaware<br>corporation, WEBSENSE, INC., a Delaware<br>corporation and SOPHOS, INC., a<br>Massachusetts corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Misc. No.<br>(pending in the District of Delaware,<br>Civ. Action No. 10-cv-00593-GMS) |

## AFFIDAVIT OF EZRA SOFER IN SUPPORT OF MOTION TO QUASH DEPOSITION SUBPOENA

I, Ezra Sofer, state as follows:

1. I am a resident of the State of New Jersey. My home address is: 226 Wilson Drive, Cresskill, NJ 07626.

2. I am currently employed at Vidyo, Inc. as its Chief Financial Officer. I have been employed at Vidyo since January 2009.

3. I file this affidavit in connection with a motion to quash a subpoena that was served on me.

4. From January 2007 to January 2009, I was employed at Finjan, Inc. as its Chief Financial Officer.

5. On January 12, 2012, McAfee served me with a subpoena to testify at a deposition and produce documents.

6. In connection with a previous patent litigation suit filed by Finjan against Secure Computing Corporation, I provided deposition testimony regarding Finjan's sales and financial information on October 5, 2007. I understand that this testimony has been produced to McAfee in their current lawsuit with Finjan.

7. At this point, I do not recall any information beyond what I previously testified to in my deposition in October 2007, and have no documents to produce to McAfee in response to my subpoena. The best source of any relevant information that I may have would be in the testimony I previously provided in 2007.

8. On January 23, 2012, McAfee rejected my request to withdraw the subpoena despite my lack of knowledge and information.

9. Having to attend another deposition would be extremely burdensome for me, as I do not have information regarding the topics set forth in McAfee's subpoena, and have previously scheduled important commitments in connection with my responsibilities as CFO of Vidyo over the next few months.

I declare under penalty of perjury that the foregoing is true and correct, this 25th day of January, 2012.

Ezra Sofer

2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |
|---|---|
| FINJAN, INC., a Delaware corporation | : |
|  | : Misc. No. |
| Plaintiff, | : |
|  | : (pending in the District of Delaware, |
| v. | : Civ. Action No. 10-cv-00593-GMS) |
|  | : |
| MCAFEE, INC., a Delaware corporation; SYMANTEC, | : **DECLARATION OF BENU MEHRA** |
| CORP., a Delaware corporation, WEBROOT | : **IN SUPPORT OF MR. EZRA** |
| SOFTWARE, INC., a Delaware corporation, | : **SOFER'S MOTION TO QUASH** |
| WEBSENSE, INC., a Delaware corporation and | : **SUBPOENA AND FOR PROTECTIVE** |
| SOPHOS, INC., a Massachusetts corporation, | : **ORDER** |
|  |  |
| Defendants. |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

I, Benu Mehra, Esq., do declare and state as follows:

1.      I am an attorney-at-law of the State of New York and an associate at the law firm

of Kramer Levin Naftalis & Frankel LLP, attorneys for plaintiff Finjan, Inc. and non-party Ezra

Sofer in the above-captioned matter.

2.      I submit this Declaration in support of Mr. Sofer's Motion To Quash A Subpoena

And For A Protective Order.

3.      Attached as Exhibit 1 is a true and correct copy of the transcript of the October 5,

2007 deposition of Mr. Sofer taken in the previous lawsuit, *Finjan Software Ltd. v. Secure*

*Software Computing Corp.* (06-cv-0369 D. Del).

4.      Attached as Exhibit 2 is a true and correct copy of Finjan's Objections And

Responses To Defendants' Notice of Deposition of Finjan pursuant to Rule 30(b)(6), served on

defendants on November 28, 2011.

5.     Attached as Exhibit 3 is a true and correct copy of the January 12, 2012 subpoena served on Mr. Sofer by counsel for McAfee, Inc., issued by the United States District Court for the Southern District of New York, as well as McAfee's, Inc.'s January 12, 2012 Notice of Subpoena To Testify At A Deposition To Mr. Sofer.

6.     Attached as Exhibit 4 is a true and correct copy of email communications dated January 23, 2012, between counsel for Finjan and Mr. Sofer and counsel for McAfee.

7.     Attached as Exhibit 5 is a true and correct copy of Mr. Sofer's Objections And Responses To McAfee, Inc.'s Subpoena To Produce Documents, served on defendants on January 25, 2012.

8.     Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of January, 2012.

KL3 2862054.1

# EXHIBIT 1

# [FILED UNDER SEAL]

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1

1

2            IN THE UNITED STATES DISTRICT COURT

3               FOR THE DISTRICT OF DELAWARE

4               Civil Action No. 06-369 GMS

-------------------------------------------)

5    FINJAN SOFTWARE, LTD., an Israel corporation,

6

                    Plaintiff/CounterDefendant,

7

8         vs.

9

     SECURE COMPUTING CORPORATION, a Delaware

10   corporation; CYBERGUARD CORPORATION, a

     Delaware corporation, WEBWASHER AG, a German

11   corporation and DOES 1 through 100,

12

                    Defendants/CounterClaimants.

13   -------------------------------------------)

14

15

16      HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

17        VIDEOTAPED DEPOSITION OF EZRA SOFER

18             New York, New York

19           Friday, October 5, 2007

20

21

22

23   Reported by:

24   Toni Allegrucci

25   JOB NO. 197387

Highly Confidential - Outside Counsels' Eyes Only

FJN 043581

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1
2
3          October 5, 2007
4          9:33 a.m.
5
6     Highly Confidential Attorneys Eyes
7     Only Videotaped Deposition of
8     EZRA SOFER, held at the Westin Hotel,
9     270 West 43rd Street, New York,
10    New York, pursuant to Notice, before
11    Toni Allegrucci, a Notary Public of the
12    State of New York.
13
14
15
16
17
18
19
20
21
22
23
24
25
                                              2

1
2     APPEARANCES:
3
4        PERKINS COIE, LLP
5          Attorneys for Plaintiff/CounterDefendant
6.           101 Jefferson Drive
7            Menlo Park, California 94025
8        BY:  JAMES HANNAH, ESQ.
9
10       ROBINS, KAPLAN, MILLER & CIRESI, LLP
11         Attorneys for Defendant/CounterClaimants
12           2800 LaSalle Plaza
13           800 LaSalle Avenue
14           Minneapolis, Minnesota 55402
15       BY:  JAKE M. HOLDREITH, ESQ.
16
17
18    ALSO PRESENT:
19         PETER LEDWITH, VIDEOGRAPHER
20
21
22
23
24
25
                                              3

2         MR. VIDEOGRAPHER:  Here begins
3     videotape number one in the deposition
4     of Ezra Sofer.  In the matter of Finjan
5     v. Secure Computing.  In the District
6     Court of Delaware.
7         Today's date is October 5, 2007.
8     The time is 9:33 a.m.  This deposition
9     is being taken at the Westin Hotel,
10    270 West 42nd Street -- 43rd Street,
11    New York, New York, and was made at the
12    request of Jake Holdreith of the law
13    offices of Robins, Kaplan & Miller.
14        Videographer is Peter Ledwith here
15    on behalf of Esquire Deposition
16    Services, located at 220 West 42nd
17    Street, New York, New York.
18        Would counsel and all present
19    please identify themselves and whom they
20    represent.
21        MR. HANNAH:  James Hannah from
22    Perkins Coie, representing the plaintiff
23    Finjan and here with the witness.
24        MR. HOLDREITH:  Jake Holdreith for
25    Robins, Kaplan, Miller & Ciresi for the
                                              4

2     defendants.
3         MR. VIDEOGRAPHER:  Would the Court
4     Reporter please swear in the witness.
5     E Z R A   S O F E R, called as a witness,
6     having been duly sworn by a Notary Public,
7     was examined and testified as follows:
8     EXAMINATION BY
9     MR. HOLDREITH:
10        Q.  Good morning, Mr. Sofer.
11        A.  Good morning.
12        Q.  We met off the record, but I'm Jake
13    Holdreith, I'm an attorney for
14    Secure Computing and WebWasher.  I'm going to
15    ask you a series of questions today.  As the
16    Court Reporter indicated off the record,
17    everything we say is being taken down in a
18    written transcript.  It's normal in
19    conversation for you to anticipate what my
20    question is going to be and to go ahead and
21    answer before I finish, but if we interrupt
22    each other here that would make it hard to
23    make a written record.  And so you are doing
24    a very good job for waiting for me to finish,
25    I appreciate that, and I will try to do the
                                              5

Pages 2 to 5

Highly Confidential - Outside Counsels' Eyes Only                    FJN 043582

2  same. If you answer my questions I'll
3  conclude that you understood the question and
4  that you have knowledge to answer.  If at any
5  time you don't understand one of my questions
6  or you can't answer, let me know and we'll
7  try to clear it up; is that fair?
8      A.  Sounds fair.
9      Q.  All right.  Do you have any
10  questions at this time?
11      A.  No.
12      Q.  I try to take a break every hour or
13  so, if you want a break at any time for any
14  reason, go ahead and let me know I'll try to
15  accommodate you.  If there's a question
16  pending I'll ask you to answer it first
17  before we take a break and then I'll try to
18  get to a break quickly.
19      What is your present employment,
20  Mr. Sofer?
21      A.  I am the CFO of Finjan.
22      Q.  How long have you been at Finjan?
23      A.  Since January 1, 2007.
24      Q.  And what was your position
25  immediately prior to being employed at

6

2  Finjan?
3      A.  I've been the VP finance of Amdocs,
4  VP finance for North America operations.
5      Q.  What is the name of the company,
6  Amdocs?
7      A.  Amdocs, A-M-D-O-C-S.
8      Q.  What is the business of Amdocs?
9      A.  Amdocs is a company that does
10  billing for Telco (phonetic) companies, for
11  telephone and wireless companies and Amdocs
12  specialize in providing total solution for
13  all the billing of the companies.
14      Q.  How did it come to pass that you
15  became employed at Finjan?
16      A.  Finjan is headed by Asher Polani,
17  the CEO that knew me from previous jobs, so
18  he approached me and offer me to join Finjan.
19      Q.  Had you and Mr. Polani worked at
20  the same company in the past?
21      A.  Yes.
22      Q.  Where was that?
23      A.  The company was named Mint.
24      Q.  M-I-N-T?
25      A.  Yeah and it was based in Israel.

7

2      Q.  Were you based in the U.S. in your
3  job at Amdocs?
4      A.  Yes.
5      Q.  Were you based here in the New York
6  area?
7      A.  No.
8      Q.  Where were you?
9      A.  It was in Jersey City.
10      Q.  Where is the present location where
11  you do most of your work?
12      A.  The offices are in
13  Chrysler Building.
14      Q.  Chrysler Building in New York City?
15      A.  Yeah.
16      Q.  What office space do you have in
17  the Chrysler Building?
18      A.  It's the -- what do you mean by
19  office space?
20      Q.  How much square footage do you
21  have, for example?
22      A.  I think it's 2200, 2250 square
23  foot.
24      Q.  Do you have divided offices, are
25  there separate offices within that space?

8

2      A.  There are, there is divided offices
3  and managers' rooms.
4      Q.  Do you yourself work in the
5  building, in the Chrysler Building most the
6  time?
7      A.  Most of the time I am in the
8  Chrysler Building.
9      Q.  So you commute into New York every
10  day?
11      A.  Not every day.  Most of the time,
12  as you say.
13      Q.  Who else is resident in the Finjan
14  offices in New York in the Chrysler Building?
15      A.  In the Chrysler Building we have
16  Limor, which is, you know, she was here, as
17  well.  We have two sales managers and system
18  engineer, the pre-sales, he does the
19  pre-sales together with the salespeople and
20  we have customer support, one person.
21      Q.  One person.
22      So including yourself, is it
23  correct that there are six permanent
24  employees who work out of the New York office
25  at Finjan?

9

Pages 6 to 9

Highly Confidential - Outside Counsels' Eyes Only

FJN 043583

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2      A.  I wouldn't say permanent because it
3  changes.  So, for example, with the sales we
4  had one sales, then two, then one so...
5      Q.  I see.  It's about six full-time
6  employees?
7      A.  About six.
8      Q.  Do you have any other employment
9  currently, other than your employment at
10  Finjan?
11     A.  Can you repeat the question?
12     Q.  Yeah.  Do you have any other
13  employment or is Finjan your sole employment
14  right now?
15     A.  What do you mean "other employment"
16  by "other employment"?
17     Q.  Are you on the boards of any other
18  companies, for example?
19     A.  Oh, for myself?
20     Q.  Correct.
21     A.  No.
22     Q.  Sorry my question --
23     A.  Unfortunately Finjan takes 7 by 24,
24  so...
25     Q.  All right.  What's your title at
                                              10

2  Finjan currently?
3      A.  I am the CFO, chief financial
4  officer.
5      Q.  Was that the title you took when
6  you joined the company?
7      A.  Yes.
8      Q.  What are the responsibilities of
9  the CFO at Finjan?
10     A.  The CFO at Finjan is responsible
11  for the financials and in addition what, you
12  know, I'm trying to look what are the
13  definitions as part the job, so I am
14  responsible for the vendor relationships, if
15  it means, you know, vendors that we are
16  working with.  And in addition, when there
17  are negotiations with customers, etc., I am
18  part the process, you know, while the sales
19  mature to that process.
20     Q.  Do you have any employees in a
21  financial capacity who report to you like a
22  controller or an assistant of some kind?
23     A.  Yes.
24     Q.  And what employees do you have who
25  report to you who do financial?
                                              11

2      A.  Can you repeat?  Employees?
3      Q.  Sure, sure.
4          Who are the people who report to
5  you who do financial work?
6      A.  Oh, okay.  So there is a VP
7  finance, it is a controller.  There is
8  accounting staff, and there is purchasing,
9  which is located in Israel.  There is admin
10  that is responsible for the vehicles of the
11  company, employees' vehicles, that's in
12  Israel as well and there is the travel,
13  travel coordinator.
14     Q.  Who is the VP finance currently?
15     A.  His name is Ron, Ron Kraitsman.
16     Q.  K-R-A-I-T-S-M-A-N?
17     A.  Yeah.
18     Q.  Who is the controller currently?
19     A.  The controller is Shay.
20     Q.  Last name?
21     A.  Brin.
22     Q.  How do you spell that?
23     A.  B-R-I-N.  And there is somebody was
24  on board recently that is also a controller
25  but in the U.S.
                                              12

2      Q.  Who is that?
3      A.  Her name is Jan.
4      Q.  Jan, like J-A-N?
5      A.  Jan and the last name I'm not sure
6  I pronounce it right it's Gasperatti.
7      Q.  Gasperatti?
8      A.  G-A-S-P-E-R-A-T-T-I.
9      Q.  Where does Mr. Kraitsman keep his
10  office?
11     A.  In Israel.
12     Q.  In Israel.  And how about -- is it
13  Mr. Brin?
14     A.  Yes.
15     Q.  Where does Mr. Brin keep his
16  office?
17     A.  In Israel.
18     Q.  Is Jan a man or woman?
19     A.  A woman.
20     Q.  Where does Ms. Gasperatti keep her
21  office?
22     A.  In San Jose.
23     Q.  When did Ms. Gasperatti join
24  Finjan?
25     A.  Two months ago.
                                              13

Pages 10 to 13

Highly Confidential - Outside Counsels' Eyes Only

FJN 043584

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2    Q.  Why did you hire a second
3    controller?
4        A.  Jan was working for the company
5    until mid 2006 and she left the company. We
6    wanted to keep her, and there was a woman
7    that took her place that when I came on board
8    I wasn't happy with that woman, so it took
9    six months to convince Jan to return to the
10   job from the time I joined. And I think she
11   does a very good job, according to
12   information that I received prior to her
13   departure, and we wanted to have somebody
14   that quality, so we asked her to join back
15   and she is doing a good job.
16       Q.  And so did Finjan already have two
17   controllers, it's just that Ms. Gasperatti
18   replaced an existing controller in San Jose?
19       A.  She didn't replace an existing
20   controller because when she was there she had
21   an assistant and the assistant filled her
22   place after she left, she wasn't nominated as
23   a controller so...
24       Q.  I see. Where do the accounting
25   staff work, in what office?

14

2        A.  In Israel.
3        Q.  Do you know whether you are an
4    employee of a U.S. company called Finjan or
5    an Israeli company called Finjan or both?
6        A.  I don't understand the question.
7        Q.  You are aware that in the Finjan
8    corporate family there's a U.S. company?
9        A.  Yes.
10       Q.  And you are aware that there's also
11   an Israeli company?
12       A.  Yes.
13       Q.  Do you know if you are employed by
14   both of those companies?
15       A.  No, I'm an employee of Finjan, Inc.
16   which is the U.S. company.
17       Q.  The U.S. company, okay.
18           Are you an officer of any Israeli
19   companies in the Finjan family?
20       A.  What do you mean by the question?
21   What do you mean by "officer"?
22       Q.  Do you have any duties at any of
23   the other Finjan companies other than Finjan,
24   Inc. in the U.S.?
25       A.  No.

15

2        Q.  Does Finjan do any public financial
3    reporting?
4        A.  No.
5        Q.  Does Finjan do any or have done any
6    auditing of its financials?
7            MR. HANNAH: Objection to form.
8            You can answer.
9        A.  What do you mean? Can you repeat
10   the question?
11       Q.  Yeah, yeah.
12           Do you hire auditors who audit your
13   financials ?
14       A.  Yes.
15       Q.  What is the purpose of auditing the
16   financials of Finjan?
17           MR. HANNAH: Objection to form.
18       A.  What do you mean by "purpose"?
19       Q.  Is it a legal requirement or do you
20   do it for business reasons?
21       A.  Finjan is a private company so it's
22   not a legal requirement.
23       Q.  So why is it that you have chosen
24   to be audited?
25           MR. HANNAH: Objection to form.

16

2        A.  As being a private company that we
3    have investors in the company, I believe the
4    requirement came from the investors.
5        Q.  Okay. Are the audited financial
6    statements distributed to the investors?
7            MR. HANNAH: Objection to form.
8        A.  There is an audit committee and
9    yes, I believe it is.
10       Q.  Do you know who the major
11   shareholders of Finjan are?
12           MR. HANNAH: Objection to form.
13       A.  Who do you refer to?
14       Q.  Either the names of companies or
15   individuals who hold the majority of shares?
16           MR. HANNAH: Objection to form.
17       A.  Finjan has several shareholders, I
18   don't remember all of the shareholders.
19       Q.  Are there any very large
20   shareholders who hold a large portion of the
21   shares?
22           MR. HANNAH: Objection to form.
23       A.  Yes.
24       Q.  Who are they?
25           MR. HANNAH: Objection to form.

17

Pages 14 to 17

Highly Confidential - Outside Counsels' Eyes Only                    FJN 043585

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2       A.  Finjan has several shareholders
3   that, you know, invested in the company.  The
4   major ones that I remember are Benchmark,
5   Harbourvest, Israel Seed Partners, Cisco,
6   Microsoft.
7       Can you repeat the ones that I said
8   just to make sure.
9       Q.  Yeah.  You said Benchmark, I think
10  it is Harberwest?
11      A.  Harbourvest.
12      Q.  Israel City Partners?
13      A.  Israel Seed Partners.
14      Q.  And then you said Cisco and
15  Microsoft?
16      A.  Okay.  So I missed Bessimer
17  (phonetic).
18      Q.  With the exception of Microsoft and
19  Cisco, are the other investors you just named
20  venture capital companies?
21      MR. HANNAH:  Objection to form.
22      A.  Yes, they are.
23      Q.  How active are the shareholders in
24  voicing their views about managing Finjan?
25      MR. HANNAH:  Objection to form.
                                        18

2       A.  What do you mean by "how active"?
3       Q.  Do any of the shareholders voice
4   any views about management of Finjan, or are
5   they simply passive?
6       MR. HANNAH:  Objection to form.
7       A.  I don't know.
8       Q.  Okay.  I'm going to take that as a
9   sign that they are probably not very active.
10  Do you happen to know what the outstanding
11  share value is for Finjan right now?
12      A.  What do you mean "outstanding"?
13      Q.  I'll tell you what, we'll get to
14  the financials, I can ask you a more specific
15  question.  I would like to ask you now about
16  your recordkeeping and accounting systems and
17  by that I mean the systems you use to record
18  financial data and to report it or to look at
19  it.
20      Do you have any system for
21  recording revenue when the company recognizes
22  revenue?
23      MR. HANNAH:  Objection to form.
24      A.  Could you define what you mean by
25  "system"?
                                        19

2       Q.  Yeah.  Do you have paper books
3   where you enter revenue transactions or do
4   you have a computer system where you enter
5   revenue transactions or any place where you
6   record that information?
7       A.  You know, we have the accounting --
8       MR. HANNAH:  Objection to form.
9       Go ahead.
10      Q.  He likes to object.
11      A.  We have the accounting system.
12      Q.  Yeah.
13      A.  Which is used to record the
14  transactions, and we use Excel sheets.
15      Q.  Do you use simply Microsoft Excel
16  or do you have an accounting interface that
17  works with Excel?
18      A.  We use Microsoft Excel.
19      Q.  Is there a single accounting system
20  for all of the Finjan companies or do
21  different companies have separate systems?
22      A.  At the moment we are trying to
23  integrate all the system to one system, but
24  there are different -- means in the U.S.
25  there's one system, in Europe there's another
                                        20

2   system and Israel is the main system that
3   hopefully we'll be able to integrate all of
4   these to one system to one database.
5       MR. HANNAH:  For the record, I
6   would just like to designate the entire
7   transcript highly confidential attorneys
8   eyes only.  We're getting into some
9   financial information on the private
10  company, so we'll go ahead and
11  dedesignate as such after.
12      Q.  What your counsel has just done is
13  there's an order in this case from the court
14  and when Mr. Hannah has now designated the
15  transcript "confidential," that means I can't
16  share it with anybody, I can't show it to
17  anybody, so it's all private, it will be held
18  in confidence.
19      A.  Happy to know that.
20      Q.  Is there a single person who is
21  responsible for entering data into the U.S.
22  accounting system or do -- can several
23  different people enter data?
24      A.  A single person to the accounting
25  system?
                                        21

Pages 18 to 21

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2   **Q.  Right.**
3   A.  Currently is it only one.
4   **Q.  Who is that person?**
5   A.  That's Jan.
6   **Q.  Jan.  Can you explain for me please**
7   **what is the procedure that Finjan uses so**
8   **that financial information can be entered**
9   **into the accounting system by Jan?**
10   A.  Can you repeat the question?
11   **Q.  Yeah.  What I'm trying to get at is**
12   **how is it that Jan becomes aware of**
13   **information that she needs to enter into the**
14   **accounting system?**
15   A.  She has interaction with several
16   people in the company.
17   **Q.  Who provides information to Jan for**
18   **the accounting system?**
19   A.  It's not somebody specific.
20   **Q.  What's the group, is it all of the**
21   **salespeople or something else?**
22   A.  It's not only sales.
23   **Q.  Okay.**
24   A.  It's sales, it's expenses, anything
25   that involves operation of the company.  So
      22

2   it's almost, you know, the people in the
3   company, I can't name all the people that are
4   there.
5   **Q.  All right.  Do you ever see printed**
6   **reports from the Excel accounting system that**
7   **report data back to you?**
8   MR. HANNAH:  Objection to form.
9   A.  You said Excel accounting system?
10   **Q.  Well, let me —**
11   A.  It's not something that exists.
12   **Q.  Let me rephrase my question.**
13   **Do you ever see printed reports**
14   **from the accounting system that report data**
15   **back to you?**
16   A.  No.
17   MR. HANNAH:  Objection to form.
18   Go ahead.
19   A.  Sorry.
20   **Q.  Do you ever access the accounting**
21   **system in order to look at the data on your**
22   **computer?**
23   A.  Can you repeat the question?
24   **Q.  Yeah.  Do you ever access the**
25   **accounting system so that you can look at**
      23

2   **data?**
3   A.  Myself?
4   **Q.  Yeah.**
5   A.  No.
6   **Q.  Do you do anything to become aware**
7   **of the sales and expenses of Finjan?**
8   A.  Yes.
9   **Q.  How do you do that?**
10   A.  I request reports.
11   **Q.  Who do you request reports from?**
12   A.  The VP finance.
13   **Q.  Mr. Kraitsman?**
14   A.  Yes.
15   **Q.  What are contained in the reports**
16   **that you receive from Mr. Kraitsman?**
17   A.  Again, when you say "reports," what
18   are you referring to?
19   **Q.  Any reports that you ask for from**
20   **Mr. Kraitsman?**
21   A.  So the reports contain anything
22   that is related to the financial operations
23   of the company.
24   **Q.  Are these printed reports on paper?**
25   A.  Usually it's files that are
      24

2   transferred by e-mail.
3   **Q.  Is there a regular schedule for**
4   **Mr. Kraitsman to provide reports to you?**
5   A.  We have quarterly reports, so at
6   least once a quarter he needs to do the job.
7   **Q.  All right.  Is there -- each**
8   **quarter is there one report or more than one**
9   **report that you receive from Mr. Kraitsman?**
10   A.  Again, when you say "reports," what
11   are you referring to?
12   **Q.  These reports that are transferred**
13   **to you by Mr. Kraitsman electronically, is**
14   **there a single report for the quarter or**
15   **would you break out separately, like a sales**
16   **report and an expense report and some other**
17   **kind of report?**
18   A.  It's usually done by iterations, so
19   what I see, I see an Excel file, so I'd say
20   it's one report.
21   **Q.  One file?**
22   A.  Could be -- the financials are one
23   file, yeah.
24   **Q.  Do you know if that Excel file**
      25

Pages 22 to 25

Highly Confidential - Outside Counsels' Eyes Only

FJN 043587

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2  everything that's been entered into Excel, or
3  is it filtered so it's some subset of the
4  data?
5      MR. HANNAH: Objection to form.
6      A.  Again, when you say "everything
7  that is in the file," what do you mean by
8  that?
9      Q.  Let me ask a different question and
10 see if I can understand better.
11         How is the spreadsheet organized
12 that you see?
13     MR. HANNAH: Objection to form.
14     A.  The spreadsheet has P and L portion
15 and the balance sheet portion.
16     Q.  Can you give me a sense of the
17 length of this set of spreadsheets, is it
18 many, many pages or just a few pages?
19     A.  It's a few pages.
20     Q.  Do you print out copies of that
21 spreadsheet in order to look at it or do you
22 look at it just on your computer?
23     A.  It's not -- I mean, it depends if
24 I'm not traveling so I just look at it.  If I
25 need to, you know, to have a flight, so I

26

2  take a printout with me and then I don't keep
3  the copy but usually it's reviewing it
4  through the computer.
5      Q.  Okay.  Do you keep at Finjan any
6  archive of a printed copy of each quarterly
7  report somewhere?
8      A.  I do not keep, I believe it's kept
9  somewhere.
10     Q.  Do you know, for example,
11 Mr. Kraitsman prints a copy and saves it in a
12 paper file somewhere?
13     A.  I don't know.
14     Q.  Do you have any ability to find out
15 what the sales of Finjan products have been
16 by product for a given time period if you
17 want to know that?
18     MR. HANNAH: Objection to form.
19     A.  Again, when you say "product
20 lines," what are you referring to?
21     Q.  Do you know what products Finjan
22 sells currently?
23     A.  Yes.
24     Q.  What are those?
25     A.  There are -- I would say we sell

27

2  appliances and the appliances are divided to
3  sizes, so there are different sizes, so it's
4  -- I don't know if I remember all the line of
5  products but it's NG 5,000, 6,000 and 8,000,
6  these are the series, the major series.
7  Probably there are some more I'm not aware
8  of.  Maybe there was a 1,000 series as well,
9  which we stopped selling.
10     Q.  So if you wanted to know what the
11 sales of the NG 5,000 were by quarter, is
12 that information that you can obtain?
13     MR. HANNAH: Objection to form.
14     A.  I could ask for it.  Today we are
15 not monitoring that.  I believe it's relating
16 to the size of the company, it's not
17 significant.
18     Q.  Where is the data kept that would
19 tell you the sales of the appliance by a
20 given time period, the sales volume?
21     A.  That relates to a previous question
22 that you ask regarding an integrated
23 financial system.  The company implemented a
24 SAP, ARP system, SAP is the vendor that
25 provides that and the information resides

26

2  there.
3      Q.  Do you have an understanding of
4  whether the SAP system is maintained
5  internally at Finjan or whether SAP provides
6  and hosts the information as a service and
7  keeps it at a SAP server somewhere that's not
8  controlled by Finjan?
9      A.  Can you repeat the question?
10     Q.  Yeah.  Do you have your own SAP
11 server internally within Finjan?
12     A.  I don't know.  Sorry.  Could be I
13 don't know if the data is hosted or we use
14 it.
15     Q.  If you want data from the SAP
16 system who do you ask to obtain that?
17     A.  The VP finance.
18     Q.  Mr. Kraitsman?
19     A.  Yeah.
20     Q.  What is your understanding of what
21 information is kept in the SAP system?
22     MR. HANNAH: Objection to form.
23     A.  You asking my understanding of
24 what's contained there?
25     Q.  Right.

29

Pages 26 to 29

Highly Confidential - Outside Counsels' Eyes Only

FJN 043588

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2    A.  Well, there is an ERP system so it
3    contains, you know, all the inventory and
4    appliances, probably the flow of the
5    appliances.
6       Q.  Do you know if the ERP system has
7    any data that reports sales of products?
8       A.  I don't know.
9       Q.  Can you tell me what the total
10   sales of the NG appliances was in the year
11   2006?
12         MR. HANNAH:  Objection to form.
13      A.  Are you referring just to the NG
14   appliances or to the total sales of the
15   company?
16      Q.  Let me ask you first about the NG
17   appliances specifically.
18         Do you know what the sales of NG
19   appliances in 2006 was?
20      A.  We, as a company, I tell you we
21   don't have a breakdown of by line of product
22   that we are looking at or monitoring, so I
23   know the total sales of the company.
24      Q.  Okay.  Can you tell me what events
25   generate revenue for Finjan, you've explained

30

2    already that there are sales of appliances,
3    are there any other events that generate
4    revenue?
5         MR. HANNAH:  Objection to form.
6       A.  With the appliance we have
7    maintenance that is part of that, as well as
8    on the hardware we have kind of support for
9    the hardware.
10      Q.  Does Finjan issue licenses or
11   subscriptions to customers to use software on
12   the appliances?
13         MR. HANNAH:  Objection to form.
14      A.  When you are saying license or
15   subscription, can you define what you mean?
16      Q.  Sure.  I've seen references in
17   Finjan documents to customers paying not only
18   to purchase an appliance but also paying for
19   the right to use Finjan software on the
20   appliance and that's referred to as a
21   subscription.
22         Are you familiar with that?
23      A.  Yes.
24      Q.  Do you recognize subscription
25   revenue separately from revenue for the sale

31

2    of an appliance?
3       A.  This information appears in our
4    financial reports.  And since the appliance
5    is not standalone but will only be available
6    with the software, we recognize the revenues
7    as one packet, which means appliance and the
8    software.
9       Q.  You've now identified sales of
10   appliances including a subscription to
11   software, maintenance and support as events
12   that generate revenue for Finjan.
13         Are there any other events that
14   generate revenue for Finjan?
15         MR. HANNAH:  Objection to form.
16      A.  "Other events," can you refer to
17   what you mean by that?
18      Q.  In any other way that money comes
19   into the company as revenue, other than
20   appliance sales, subscriptions, maintenance
21   and support?
22         MR. HANNAH:  Objection to form.
23      A.  There are revenues that come to the
24   company that are from, for example, cash
25   deposits, you have interest income.  You

32

2    might have some other that I'm not aware of.
3       Q.  Are you familiar with a license
4    taken by Microsoft in 2005?
5       A.  This was prior to my arrival to the
6    company.  I know that there was a license
7    deal.
8       Q.  Other than license revenue from
9    Microsoft in 2005, is there any revenue to
10   Finjan from licensing its patents?
11         MR. HANNAH:  Objection to form.
12      A.  Can you define what you are
13   referring to, which period?
14      Q.  I'm actually intending to ask a
15   very comprehensive question.  Whether the
16   company, other than revenue from a Microsoft
17   license in 2005, has ever had any revenue for
18   licensing its patents?
19         MR. HANNAH:  Objection to form.
20      A.  Prior to my arrival to the company?
21      Q.  Yeah, at any time.
22      A.  I believe there was.  I mean, I
23   don't know amounts or I don't know.
24      Q.  Do you know -- do you have any
25   specific licenses in mind when you give that

33

Pages 30 to 33

Highly Confidential - Outside Counsels' Eyes Only

FJN 043589

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2   answer?
3        A.   No.  I know like the company has
4   changed its business model in 2005 from
5   licenses to subscription base.  So that's why
6   I'm saying probably there were license
7   revenues prior to that because the company
8   did operate.
9        Q.   Okay.  So I need to clarify because
10  we may be misunderstanding each other.
11       The licenses you are referring to
12  prior to 2005 were licenses to end users; is
13  that what you had in mind?
14       A.   Yes.
15       Q.   And do you understand the Microsoft
16  license was a license not for Microsoft to
17  buy and use Finjan products, but a license
18  for Microsoft to have the right to practice
19  Finjan's patents?
20       A.   I'm not familiar --
21       MR. HANNAH:  Objection to form.
22       Go ahead.
23       A.   I'm not familiar with the details
24  of the Microsoft deal.
25       Q.   Other than the accounting system

34

2   you just described to me and the SAP ERP
3   system, are there any systems you have for
4   recording financial data for the company?
5        A.   Can you be more precise, "financial
6   data"?
7        Q.   I mean to be very comprehensive, so
8   I want to learn about everywhere that you use
9   to record financial data?
10       A.   Financial data resides in the
11  accounting systems.  So not even the SAP, SAP
12  is data but, you know, the formal accounting
13  reports that was submitted to you the
14  information is provided from the accounting
15  system, so let's be clear on that.  There are
16  a lot of supporting Excel files, SAP, etc.,
17  but the system that we rely on is the
18  accounting system.
19       Q.   I think you just referred to a
20  report that was provided to me, did I
21  understand correctly?
22       A.   The financial reports, yeah.
23       Q.   Do you mean for the report that
24  Mr. Hannah just handed to me this morning?
25       A.   Yeah, this is the product you

35

2   referred to.
3        Q.   Okay.  Just for the record,
4   Mr. Sofer and I are looking at a document
5   entitled "Finjan Software, Inc. and its
6   subsidiaries consolidated financial
7   statements as of December 31, 2006," and it's
8   endorsed with a Ernst & Young logo on the
9   first page.
10       Is that the document you were
11  referring to?
12       A.   Yes, these are Finjan's financial
13  reports.
14       Q.   Does Finjan have any system for
15  recording its costs?
16       A.   The accounting system.
17       Q.   Costs are in the accounting system?
18       A.   Yeah.
19       Q.   Does Finjan have any system where
20  it records a calculation of its profit?
21       MR. HANNAH:  Objection to form.
22       A.   Again, when you say "system," what
23  do you mean by that?
24       Q.   When I'm talking about systems, I
25  mean to refer to places where you record

36

2   information; it could be on paper, it could
3   be in a computer, it could be in a hosted
4   system?
5        A.   So we're using Excel sheets.
6        Q.   Costs -- sorry, profits are
7   calculated and reported to Excel sheets?
8        A.   There are the accounting system
9   where information comes from there and/or
10  extracted to Excel sheets.
11       Q.   Are these Excel sheets the same
12  reports that Mr. Kraitsman sends you
13  quarterly or is that a different report?
14       A.   The reports that are sent to me.
15       Q.   So Mr. Kraitsman reports to you
16  includes calculation of profits?
17       MR. HANNAH:  Objection to form.
18       A.   Again, when you say "calculation of
19  profits," what are you referring to?
20       Q.   Any calculation of profits, I think
21  you just said there's some Excel sheet that
22  records a calculation of profits; is that
23  right?
24       MR. HANNAH:  Objection to form.
25       A.   Yeah, but I'm saying calculation of

37

Pages 34 to 37

Highly Confidential - Outside Counsels' Eyes Only

FJN 043590

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2   profit could be a lot of variations.
3        So what are you referring to by
4   saying "calculation of profits"?
5        **Q.  So I'm asking you what's on the**
6   **report that Mr. Kraitsman sends to you, is**
7   **there some calculation of profits on that**
8   **report?**
9        A.  There is --
10       MR. HANNAH:  Objection to form.
11   Go ahead.
12       A.  There is an Excel sheet which
13   states the revenues and costs and what are
14   the derived profit or loss.
15       **Q.  Is the derived profit or loss**
16   **stated in the sheet that you see?**
17       A.  It's similar to the financial
18   reports that you received.
19       **Q.  All right.**
20       MR. HOLDREITH:  Counsel, we of
21   course would have liked to have those
22   quarterly reports for this deposition.
23   If you can get them today I would like
24   you to do that.  If you want to take a
25   break to see if they can be made

                                    38

2   available here today, I think that would
3   be very helpful.
4        MR. HANNAH:  Okay.  We can look
5   into it.
6        MR. HOLDREITH:  Why don't you do
7   that right now.  We'll take a break so
8   you can do that.
9        MR. HANNAH:  We'll go off the
10   record.
11       MR. VIDEOGRAPHER:  10:12.  Off the
12   record.
13       (Off-the-record discussion held.)
14       (Recess taken.)
15       MR. VIDEOGRAPHER:  10:16.  On the
16   record.
17       MR. HANNAH:  During the break we
18   were asked to find a quarterly report
19   that is currently in use right now, we
20   offered to go and search for a draft
21   quarterly report but it is our
22   understanding that any past or
23   historical quarterly reports have -- are
24   not kept in the regular course of
25   business and the information is somewhat

                                    39

2   similar to the financial reports that
3   have been produced in this case.
4        Counsel has asked that we not go get the
5   current draft because he didn't think it
6   would be an efficient use of time.
7        MR. HOLDREITH:  Yeah, Counsel, what
8   I indicated to you off the record is I'm
9   interested in historical periodic
10   information, particularly quarterly or
11   monthly would be helpful to me.
12       **Q.  So my understanding is that,**
13   **Mr. Sofer, you do not think you have access**
14   **to historical quarterly reports; is that**
15   **accurate?**
16       A.  Yes.
17       MR. HOLDREITH:  Counsel, I
18   understand Finjan is a small company,
19   but the periodic financial information
20   is important to us.  I would like you to
21   ask Mr. Kraitsman if he has it and if it
22   can be made available.
23       MR. HANNAH:  We can look into that,
24   but as I've explained our understanding
25   is that those reports are not kept in

                                    40

2   the regular course of business and that
3   the information is in the financial
4   statements that have been produced in
5   this case.
6        **Q.  Okay.  Mr. Sofer, have you since**
7   **January 2007, since you started at Finjan,**
8   **done anything to preserve financial reports**
9   **that you see electronically or on paper to**
10   **ensure that they are not lost or destroyed?**
11       MR. HANNAH:  I'm going to put an
12   objection to form.  To the extent that
13   this calls for any attorney-client
14   communication or direction of counsel,
15   having to do with this current pending
16   litigation, I instruct you not to
17   answer.  I believe counsel is asking for
18   a "yes" or "no" question and you may
19   answer that.
20       A.  Can you repeat the question?
21       **Q.  Sure.  Since you started at Finjan**
22   **in January 2007, have you done anything to**
23   **preserve financial reports that you see**
24   **either electronically or on paper to ensure**
25   **that they are not lost or destroyed?**

                                    41

Pages 38 to 41

Highly Confidential - Outside Counsels' Eyes Only

FJN 043591

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2      MR. HANNAH: I would put the same
3   objection and the same instruction.
4      A.  What I would like to understand is
5   what do you mean by "preserve"?
6      Q.  Have you either printed them and
7   saved them in a paper file or saved them
8   electronically to a file somewhere so they
9   are accessible today?
10     A.  I do not print the report, I do no
11  save a printed copy. They are in my e-mail.
12     Q.  Do you still have copies of the
13  quarterly reports that Mr. Kraitsman sent you
14  in the past?
15     A.  I've been here for three quarters
16  so these copies are with me in the e-mail.
17     Q.  I will ask that you please continue
18  to preserve those. I think they may be
19  important to this case and we're going to
20  make a request that your counsel produce
21  them, so please don't do anything to delete
22  those.
23     A.  Okay.
24     Q.  Do you think that there are e-mails
25  or reports with financial information for the
                                              42

2   company that you have deleted?
3      MR. HANNAH: Objection to form.
4      A.  Again e-mails that contain
5   financial information, it's correspondence,
6   internal correspondence, some are saved, some
7   are deleted, depending on my review and
8   decision if that's information that I
9   required to hold for my personal needs or
10  not.
11     Q.  Do I understand correctly that your
12  practice is to when you get an e-mail decide
13  whether it's important enough for your
14  purpose is to save, if it is you save it, if
15  it's not you delete it?
16     A.  Yeah.
17     MR. HANNAH: Objection to form.
18     Q.  And so there is e-mail obviously
19  that you have deleted over the last seven
20  months or ten months because it has not been
21  important to you?
22     MR. HANNAH: Objection to form.
23     A.  Again, what kind of e-mails are you
24  referring to?
25     Q.  Without regard to -- I'm not asking
                                              43

2   what's in them yet, but there are some
3   e-mails that you've deleted over the last ten
4   months that have Finjan financial
5   information?
6      MR. HANNAH: Objection to form.
7      And again, if this is calling for any
8      direction of counsel having to do with
9      the current litigation I'll instruct you
10     not to answer, but I believe we're
11     asking for a "yes" or "no" answer and I
12     think you've already answered the
13     question, but you can go ahead.
14     A.  So if you are asking if I deleted
15  e-mails, I do delete it because I don't want
16  my inbox to be too big.
17     Q.  When you've deleted those e-mails,
18  you haven't archived a copy somewhere or
19  printed a copy somewhere to save?
20     MR. HANNAH: Objection to form and
21     I'll give you the same instruction.
22     A.  If you are asking for archiving
23  information, I'm not the repository of the
24  data for the company, so it's kept with the
25  company somewhere.
                                              44

2      Q.  You are talking about backup
3   systems that may exist?
4      A.  No.  You ask specifically on
5   financial information?
6      Q.  Right.
7      A.  So I'm saying if you are referring
8   to quarterly reports I could receive
9   quarterly report and decide not to keep them,
10  but I'm not the repository of the financial
11  reports, the company has a VP finance and a
12  controller that create the reports, I believe
13  they have the copies.
14     Q.  Do you know specifically that the
15  controller or the VP finance does keep a copy
16  of those quarterly reports that you've
17  deleted?
18     MR. HANNAH: Objection to form.
19     A.  No.
20     Q.  As to other e-mail that you've
21  deleted, do you know specifically whether
22  somewhere within Finjan a copy has been kept?
23     MR. HANNAH: Objection to form.
24     A.  No.
25     Q.  Do you have any involvement with
                                              45

Pages 42 to 45

Highly Confidential - Outside Counsels' Eyes Only          FJN 043592

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2   efforts by Finjan to sell or license its SDK?
3       MR. HANNAH: Objection to form.
4       A.  Again, could you repeat the
5   question?
6       Q.  Sure.  Do you have any involvement
7   with Finjan's efforts to sell or license an
8   SDK?
9       MR. HANNAH: Objection to form.
10      A.  No.
11      Q.  You mentioned that you do become
12  involved in -- pardon me, I want to be as
13  accurate as I can here -- in the sales
14  function, did I understand that correctly,
15  customer negotiations?
16      A.  When a sales function mature,
17  matures to a negotiation phase usually I ask
18  to be involved.
19      Q.  What is the -- what is the
20  involvement that you have in the customer
21  negotiation?
22      A.  When I'm looking at sales that
23  mature so there are issues as payment terms
24  that I need to be aware of, there are issues
25  of length of the subscription that influence
                                                46

2   the amount that are being able to be
3   recognized, so I'm involved in that as well.
4   And legal terms or commercial terms I usually
5   need to be aware of any changes that are done
6   in our agreements.
7       Q.  Do you get involved in negotiating
8   price?
9       A.  Usually not.
10      MR. HANNAH: Objection to form.
11      Go ahead.  Give me a second I need
12  to get the objection on the record.
13      Thank you.
14      Q.  Are there -- do you know how many
15  customer negotiations you've been involved in
16  since you joined Finjan?
17      A.  When you are referring to "customer
18  negotiations," what are you referring to?
19      Q.  The activities you just described
20  in your last answer.
21      A.  There were, you know, quite a few,
22  not too many, three or four.
23      Q.  "Three or four."
24      Can you explain to me because I'm
25  not a financial person generally -- let me
                                                47

2   back up.
3       I've read in your financial
4   statement the description of how you book
5   revenue for subscriptions, but I don't feel
6   like I have a good understanding of it.
7       Can you describe to me as a lay
8   person generally what the rules are for how
9   you book revenue for a subscription?
10      MR. HANNAH: Objection to form.
11      A.  When Finjan finalizes a sale there
12  is a period that is defined for the
13  subscription, whether one year or three
14  years, and we recognize the revenue on a
15  ratable basis, it means we prorate the
16  revenues along the period of the
17  subscription.
18      Q.  Is that as simple as simply
19  dividing the total revenue by the number of
20  years of the subscription?
21      MR. HANNAH: Objection to form.
22      A.  Yes.
23      Q.  Is the revenue which is prorated
24  100 percent of the revenue, or is it some
25  portion, for example, related to the
                                                48

2   subscription as opposed to the maintenance or
3   the support?
4       MR. HANNAH: Objection to form.
5       A.  What we do is we don't separate the
6   appliance from the revenue, it means this is
7   integrated and the software and the appliance
8   are recognized together.
9       Q.  How about maintenance and support,
10  are they included in the prorated amount?
11      A.  The maintenance and support are not
12  included because they might be on different
13  periods.
14      Q.  What is the longest subscription
15  period that you know of that Finjan has
16  entered into an agreement for?
17      MR. HANNAH: Objection to form.
18      A.  The longest is three years.
19      Q.  Three.
20      Do you prorate it on an annual
21  basis, in other words, you divide it by years
22  not months?
23      A.  We divide it by month.
24      Q.  So if you have a one year
25  subscription, will you prorate that over
                                                49

Pages 46 to 49

Highly Confidential - Outside Counsels' Eyes Only

FJN 043593

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2   twelve months?
3       MR. HANNAH: Objection to form.
4   A.  A one year subscription, which is
5   defined for twelve months, will be prorated
6   for twelve months.
7   Q.  Is Finjan on a calendar financial
8   year?
9   A.  Yes.
10  Q.  Year-end December 31st?
11  A.  Yes.
12  Q.  When you receive reports from
13  Mr. Kraitsman, are the revenues broken down
14  in any way either by geography or by which
15  Finjan company generated the revenue or in
16  any other way?
17      MR. HANNAH: Objection to form.
18  A.  The reports are divided to two line
19  items, which is sales in the U.S. and the
20  rest of the world.
21  Q.  Is there more than one company
22  within the Finjan family that makes sales?
23      MR. HANNAH: Objection to form.
24  A.  Can you repeat the question?
25  Q.  Yeah, I'll ask a more specific

50

2   question, that wasn't very clear, I'm sorry.
3       Does Finjan, Inc. U.S.A. make any
4   sales?
5   A.  Finjan, Inc. U.S.A.?
6   Q.  Right.
7   A.  Yes.
8   Q.  Does Finjan Israel make any sales?
9   A.  Yes.
10  Q.  Is there any report that separately
11  reports the sales of Finjan, Inc. in the U.S.
12  versus the sales of Finjan Israel?
13      MR. HANNAH: Objection to form.
14  A.  When you say "any report," what are
15  you referring to?
16  Q.  Does Mr. Kraitsman's quarterly
17  report separately report sales of Finjan,
18  Inc. U.S.A. versus sales of Finjan Israel?
19  A.  No, it's not separate.
20  Q.  What sales does Finjan Israel make?
21      MR. HANNAH: Objection to form.
22  A.  Finjan Israel, I don't see
23  standalone reports for Finjan Israel.
24  Q.  Are they product sales or something
25  else?

51

2       MR. HANNAH: Objection to form.
3   A.  Again "product sales," what are you
4   referring to?
5   Q.  Well, what are the products that
6   Finjan Israel sells?
7       MR. HANNAH: Objection to form.
8   A.  Finjan Israel sell or invoices our
9   customers other than the U.S., so it's all
10  our products.
11  Q.  So is it true that any sale of a
12  Finjan product outside the U.S. is made by
13  Finjan Israel?
14      MR. HANNAH: Objection to form.
15  A.  Finjan, Inc., which is the U.S.
16  company, issues invoices for the U.S., Finjan
17  Israel issues invoices for the rest of the
18  world. If you ask specifically I do not know
19  if there is a case where, you know, there was
20  an invoice maybe, I don't know but from your
21  question, so all the sales in the U.S. are
22  done through Finjan, Inc. and the sales in
23  Israel are done through -- or the sales in
24  the rest of the world are done through
25  Israel.

52

2   Q.  All right. Are the invoices that
3   are issued by Finjan Israel for sales outside
4   the U.S., are those paid to Finjan Israel
5   when they are paid?
6   A.  Yes.
7   Q.  Does Finjan, Inc. recognize any
8   revenue from sales invoiced by Finjan Israel
9   outside the U.S.?
10      MR. HANNAH: Objection to form.
11  A.  I need you to repeat the question.
12  Q.  Sure. For sales that are invoiced
13  by Finjan Israel that are outside the U.S.,
14  does Finjan, Inc. recognize any revenue?
15      MR. HANNAH: Objection to form.
16  A.  No.
17  Q.  Do you know if any sales outside
18  the U.S. are included in Finjan, Inc.'s
19  income for income tax purposes in the
20  United States?
21      MR. HANNAH: Objection to form.
22  A.  Again, when you are defining
23  "Finjan, Inc.," which entry are you referring
24  to?
25  Q.  Let's be precise about that. I'm

53

Pages 50 to 53

Highly Confidential - Outside Counsels' Eyes Only

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2  going to get a document out.
3      Okay. I've now handed you what was
4  previously marked as Exhibit 1001 during
5  Mr. Ben-Itzhak's deposition and it's a copy a
6  document called "Finjan Software Inc. and its
7  subsidiaries consolidated financial
8  statements as of December 31, 2005."
9      For the record, it's identified
10 with Bates No. FIN 09696 through 09717. And
11 what I'm referring to there, Mr. Sofer, just
12 so you know is this little number at the
13 bottom that starts with FIN, that was put on
14 there by the attorneys to help us keep track
15 of the pages.
16     Is Exhibit 1001 a copy of a Finjan
17 Software, Inc. consolidated financial
18 statement?
19     A.  It looks like.
20     Q.  If you could look at page seven of
21 that report which is Bates No.'d FIN 9703.
22     A.  Yes.
23     Q.  There's a description of some
24 companies that are numbered one, two, three,
25 four.
54

2      Do you see that?
3      A.  Yes.
4      Q.  The company number two is called
5  Finjan, Inc. and the text explains that it's
6  now a Delaware company.
7      Do you see that?
8      A.  Yes.
9      Q.  Is that the company that you work
10 for?
11     A.  You are asking if I am employed by
12 Finjan, Inc.?
13     Q.  Right.
14     A.  I don't know specifically what is
15 the legal entity that if it's the parent
16 company or Finjan, Inc., so...
17     Q.  Is there a company that sits above
18 Finjan, Inc., the Delaware company?
19     A.  Yes.
20     Q.  And what is that company called?
21     A.  Finjan Software, Inc.
22     Q.  And that's also a Delaware company?
23         MR. HANNAH:  Objection to form.
24     A.  I believe.
25     Q.  I get that just so you know what
55

2  I'm talking about.
3      A.  It is.
4      Q.  Do any of the companies listed on
5  this page seven pay income taxes in the
6  United States?
7      A.  I don't know.
8      Q.  Do you know which company on this
9  invoice lists the U.S. sales of Finjan?
10         MR. HANNAH:  Objection to form.
11     A.  I'm not sure, I think it's
12 Finjan, Inc.
13     Q.  Do you know which company on this
14 list invoices the sales outside the U.S.?
15         MR. HANNAH:  Objection to form.
16     A.  Again, I'm not sure. It's Finjan
17 Software Limited as we discussed before.
18     Q.  Finjan Software Limited is the
19 company listed as number one here or the
20 Israeli subsidiary?
21     A.  Exactly.
22     Q.  Do Finjan Software U.K. Limited or
23 Finjan Software GMBH have any sales?
24         MR. HANNAH:  Objection to form.
25     A.  No.
56

2      Q.  Does Finjan Software Inc., the
3  ultimate parent company, have any sales?
4          MR. HANNAH:  Objection to form.
5      A.  I don't know.
6      Q.  Now, when you see Mr. Kraitsman's
7  report, is it accurate that all of the sales
8  are reported on a consolidated basis, they
9  are not reported to a particular company?
10         MR. HANNAH:  Objection to form.
11     A.  It's consolidated.
12     Q.  I would like to ask you about the
13 consolidated balance sheets that are on
14 page three of this report. It's control
15 numbers 9699.
16     A.  Page three, yes.
17     Q.  So first, I have just some basic
18 questions that may clarify this for folks who
19 are not used to reading financial statements.
20 I see at the top it says that is a
21 consolidated balance sheet for Finjan
22 Software, Inc. and its subsidiaries.
23     Does that mean that the numbers
24 reported here aggregate numbers for all the
25 Finjan companies together?
57

Pages 54 to 57

Highly Confidential - Outside Counsels' Eyes Only

FJN 043595

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2   A.  Yes.
3   Q.  It says here that it's reported in
4   U.S. dollars in thousands; is that right?
5   A.  Yes.
6   Q.  So if I look at the current assets
7   for December 31, 2005 and I see the number
8   8526; is it correct that's $8,526,000?
9   A.  Yes.
10  Q.  And that's because it's reported in
11  thousands, you have to add three zeros?
12  A.  Oh, you are asking me?
13  Q.  Yeah.
14  A.  I thought you were answering.  Yes.
15  Q.  I know it's finance 101, but I got
16  to make sure I get the numbers right.
17  A.  No, no problem.  I didn't recognize
18  that was a question.
19  Q.  Under "current assets" there's a
20  line for inventory, do you see that?
21  A.  Yes.
22  Q.  What is included in inventory for
23  Finjan?
24  A.  Finjan appliances.
25  Q.  Anything else?
                                          58

2   A.  Rather than the appliances?
3   Q.  Yeah.
4   A.  I don't know.
5   Q.  Do you know the basis for the
6   inventory, is it cost basis, for example?
7       MR. HANNAH:  Objection to form.
8   A.  Can you repeat the question?
9   Q.  Yeah.  So the inventory for
10  December 31, 2005 is reported as $420,000; is
11  that right?
12  A.  Yes.
13  Q.  Is that simply Finjan's cost basis
14  to acquire the appliances, or is it something
15  else?
16      MR. HANNAH:  Objection to form.
17  A.  We are reporting according to GAAP.
18  And if you are referring to what should be
19  there, so there is a footnote that describes
20  exactly that.  And just for the record
21  according to GAAP you need to mark up or it
22  would say it would be cost or market, the
23  lower of them, so I don't know if there was
24  something here that should have been reduced
25  to market, but that's what we do.
                                          59

2   Q.  Okay.  And it's not a trick
3   question, I mean, I'm literally just asking
4   for basics here.
5   A.  Okay.  So we are reporting
6   according to GAAP, which is cost to market,
7   and if there is a necessity to mark down
8   inventory we do that.
9   Q.  Do you know whether your inventory
10  is reported at cost or whether it's reported
11  at market?
12  A.  I would refer you to the note, and
13  what I'd say if there is any obsolescence of
14  inventory so we either write-off the
15  inventory or mark it down to the real market
16  value.
17  Q.  I did not find a footnote that
18  elaborates on inventory.
19      Do you think there might be one?
20  A.  There should be if there isn't so
21  we will find it.  We need to read through it.
22  Q.  Okay.
23  A.  Just for the record, this report
24  was not a report that I created, so...
25  Q.  I understand.
                                          60

2       Okay.  So I see there's a note in
3   the 2006 report.  When we get to that we'll
4   look at it.
5   A.  Oh, okay.  So I apologize because
6   probably it's in the 2006 report, which I'm
7   not familiar with.
8   Q.  Okay.  There's a line item here for
9   a severance pay fund.
10      Do you see that?
11  A.  Yes.
12  Q.  Are you familiar with what the
13  severance pay fund is?
14  A.  Again, define what is "familiar
15  with."
16  Q.  Do you know why there's a severance
17  fund for about $384,000 in December 31, 2005?
18  A.  Yes.
19  Q.  Why is that?
20  A.  Again, it's described in a note, it
21  says that according to the Israeli law there
22  should be one month severance per year of
23  seniority.  And it's calculated according
24  to the number of employees, the seniority and
25  one month severance, so multiply.
                                          61

Pages 58 to 61

Highly Confidential - Outside Counsels' Eyes Only

FJN 043596

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2    Q.  Is the company actually paying a
3  severance, any severance currently?
4        MR. HANNAH:  Objection to form.
5    A.  Again, I need to understand your
6  question.
7    Q.  Sure.  Do you have a current
8  severance expense that you are paying out as
9  opposed to a fund that's a reserve?
10    A.  Okay.  So according to the Isreali
11  law if employee is terminated you have to pay
12  them severance so when you say "current" it's
13  the usual course of business.  So if somebody
14  is asked to leave the company he is paid
15  severance.
16    Q.  Do you believe there's an ongoing
17  actual severance expense in 2007?
18    A.  So when you say "severance expense"
19  you are referring to the accrual, not to the
20  cash payment.
21    Q.  All right.  Thank you for
22  clarifying.  That is my question.
23        I understand you are required to
24  accrue for severance, do you believe in 2007
25  that Finjan is actually making severance

62

2  payments?
3        MR. HANNAH:  Objection to form.
4    A.  Yes.
5    Q.  I have a question about the current
6  liabilities.  There's a line for deferred
7  revenues.
8        Do you see that?
9    A.  Yes.
10    Q.  What is included in deferred
11  revenues?
12    A.  The way Finjan operates is that
13  when there is a subscription based customer
14  that we invoice the portion of revenue that
15  is not recognized, although it was invoiced
16  appears on the deferred revenue line.
17    Q.  Is that the income which is
18  prorated according to the formula we
19  discussed earlier based on subscriptions?
20        MR. HANNAH:  Objection to form.
21    A.  Yes.
22    Q.  And because I'm not a financial
23  person it doesn't seem intuitive to me that
24  it's reported as a liability.
25        Can you explain why it's a

63

2  liability?
3    A.  So I will explain.  If you look and
4  we can take an example, if there is a
5  customer that has signed a subscription for
6  three years.
7    Q.  Yeah.
8    A.  So we will -- and let's say the
9  financial report is a month after the
10  subscription base was signed, so once a
11  subscription agreement was signed we prorate
12  it over six months and every month we
13  recognize the revenues.  But since we invoice
14  the customer and are being paid for, so all
15  the deferred revenues are a liability of the
16  company until we recognize it on a monthly
17  basis.
18    Q.  I see.  So you recognize the cash
19  at signing, I mean you receive a cash payment
20  at the beginning of the subscription period?
21        MR. HANNAH:  Objection to form.
22    A.  Yes.
23    Q.  And is that cash payment generally
24  the entire payment for the duration of the
25  subscription?

64

2    A.  It's my responsibility as the CFO
3  to make sure its the entire payment but, you
4  know, there are customers that negotiate it
5  so...
6    Q.  Okay.
7    A.  That defers the question what am I
8  involved with, but usually.
9    Q.  Okay.  There's a number at the
10  bottom of this, near the bottom of this
11  balance sheet which is accumulated deficit.
12        Do you see that?
13    A.  Yes.
14    Q.  What is the accumulated deficit?
15    A.  Again, could you explain your
16  question.
17    Q.  Yeah.  Let me ask the more basic
18  question.
19        For this 2005 financial statement
20  is the accumulated deficit at the end of 2005
21  $39,790,000?
22    A.  Yes.
23    Q.  What does an "accumulated deficit"
24  mean?
25    A.  Accumulated deficit is the result

65

Pages 62 to 65

Highly Confidential - Outside Counsels' Eyes Only                    FJN 043597

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2  of the accumulated losses of the company
3  since time of inception.
4      Q.  Is it correct then as of the end of
5  2005 Finjan was reporting accumulative loss
6  for the history of the company of just under
7  $40 million?
8      MR. HANNAH:  Objection to form.
9      A.  Yes.
10     Q.  Okay.  I'm now going to ask you
11  about the consolidated statement of
12  operations on the next page four of the 2005
13  consolidated financial statement.
14      Do you have that in front of you?
15     A.  Yes, page four.
16     Q.  The top line reports for 2005
17  revenues of $6,877,000; is that right?
18     A.  Yes.
19     Q.  And then there is a patent license
20  revenue of an additional $8 million?
21     A.  Yes.
22     Q.  And do you know if that $8 million
23  is entirely attributable to the Microsoft
24  agreement?
25      MR. HANNAH:  Objection to form.

66

2      A.  It is, and I think there is a
3  footnote that relates to that.
4      Q.  I think you are right.  There is a
5  line, there's a line in the statement of
6  operations for cost of revenues.
7      Do you see that?
8      A.  Yes.
9      Q.  What's included in Finjan's costs
10  of revenues?
11      A.  Cost of revenues are relating and
12  I'm not sure I'm covering all the items, are
13  relating to the cost of the appliances, the
14  cost of any third-party licensing and cost of
15  the services, that means the support and
16  maintenance, the operations people and I
17  think these are the major items.  There could
18  be some other smaller -- other small items
19  that I don't recall.
20      Q.  Do you know what third-party
21  licenses there are that are reflected in
22  costs of revenues?
23      MR. HANNAH:  Objection to form.
24      A.  For 2005 I do not know.
25      Q.  Do you know currently what they

67

2  are?
3      A.  Yes.
4      Q.  What are they?
5      A.  We have a third-party licenses that
6  we pay for software that is installed in our
7  appliances which is, you know, an antivirus
8  software and URL filtering software.
9      Q.  Is that, for example, payments to
10  McAfee and Sophos and Kasperski?
11      A.  Yes.
12      Q.  Are the cost of revenues all
13  variable based on a level of sales?
14      MR. HANNAH:  Objection to form.
15      A.  No.
16      Q.  Which ones are not variable based
17  on sales?
18      A.  There would be their components as
19  I told you, salaries are not variable to
20  level of sales, they are support people.  The
21  other portion would be if there are
22  appliances that we decided to write off that
23  wouldn't be, depending on level of sales.
24      Q.  In general, are the appliances
25  directly variable in proportion to sales?

68

2      MR. HANNAH:  Objection to form.
3      A.  What do you define as "in general"?
4      Q.  Okay.  Are the appliances directly
5  variable in proportion to sales?
6      MR. HANNAH:  Objection to form.
7      A.  Again, when you are saying "in
8  proportion to sales," this number here is a
9  number that is a prorated, a prorated revenue
10  on a monthly basis.  The appliances that you
11  see here are also prorated, at least some of
12  the cost of sales.  So if you refer back to
13  the balance sheet you will see that there is
14  a line that says deferred costs, so we also
15  prorate the costs, so I don't want to say
16  this is the line because there is some
17  matching between the revenues and the cost.
18      Q.  Okay.  Do you at some point do a
19  variance to account for any differences in
20  deferred costs and deferred revenues?
21      MR. HANNAH:  Objection to form.
22      A.  I don't understand your question.
23      Q.  Okay.  Do you ever have a situation
24  where the amount of your deferred costs
25  varies from what you expected?

69

Pages 66 to 69

Highly Confidential - Outside Counsels' Eyes Only

FJN 043598

2       MR. HANNAH: Objection to form.
3       MR. HOLDREITH: I'm sorry, let me
4   ask maybe a more basic question.
5       **Q. When you prorate deferred costs, do**
6   **you have an actual cost number that is known**
7   **that you can prorate?**
8       A. I don't know.
9       **Q. Okay.**
10      A. I believe it's calculation that's
11  done by the accounting, I didn't go into the
12  details of how it's calculated.
13      **Q. Okay. All right.**
14      **What is included in deferred costs?**
15      A. As I said, the cost of the
16  appliances that are prorated over -- the
17  revenues that were prorated over the three
18  years, so we prorate the cost as well and
19  defer the relevant portion over the period of
20  the subscription.
21      **Q. Do you prorate only the cost of the**
22  **appliances or all of the cost of revenues?**
23      MR. HANNAH: Objection to form.
24      A. We don't prorate only the
25  appliances because there is also software

                                    70

2   that is installed on the appliances that we
3   prorate, as well the third-party software,
4   it's also subscription based. The cost, the
5   other costs are not prorated.
6       **Q. Okay. So the prorated costs are**
7   **appliances, payments to third parties for**
8   **their software, anything else?**
9       A. Appliances, payment, these are the
10  major items.
11      **Q. And with that understanding now,**
12  **are the costs of appliances and third-party**
13  **licenses variable with sales?**
14      A. So it's not that simple because
15  there could be a subscription that would be
16  for three years with the customer but I would
17  say the antivirus would be for one year. So
18  there was some matching to do there, but in
19  general what you are saying is true.
20      **Q. There's a line for gross profit.**
21  **Is that simply revenues minus costs of**
22  **revenues?**
23      A. Yes.
24      **Q. Then there are three categories of**
25  **operating expenses; is that right?**

                                    71

2       A. I don't understand the question.
3       **Q. Below gross profit I see a line for**
4   **operating expenses.**
5       **Do you see that?**
6       A. Oh, yeah, okay.
7       **Q. That's broken into three**
8   **categories?**
9       A. The three line items, yes.
10      **Q. Which of the operating expenses are**
11  **variable?**
12      MR. HANNAH: Objection to form.
13      A. What do you mean by "variable"?
14      **Q. Which of the operating expenses**
15  **will go up or down if sales go up or down?**
16      MR. HANNAH: Objection to form.
17      A. I believe the selling and marketing
18  would be I would say more tightly linked to
19  that, but it's not a one-to-one.
20      **Q. Okay. How about your general and**
21  **administrative, does that vary with sales?**
22      A. No.
23      **Q. If you were to increase your sales**
24  **by let's say 400 percent, four times current**
25  **level, would you need to hire anymore**

                                    72

2   **employees for general and administrative**
3   **purposes?**
4       MR. HANNAH: Objection to form.
5       A. So now I understand your question.
6       **Q. Okay.**
7       A. All the line items will be variable
8   with sales to the extent that you multiply
9   the sales by four. I thought you were
10  referring to a direct cost that varies while
11  the sales change.
12      **Q. Okay.**
13      A. So these are not direct costs but
14  they would vary as the sale change especially
15  if you are speaking for 40 percent growth.
16      **Q. Do you have any understanding of**
17  **what your capacity is right now to increase**
18  **sales without increasing your operating**
19  **expenses?**
20      MR. HANNAH: Objection to form.
21      A. So I would like you to repeat the
22  question.
23      **Q. Sure. I'm trying to understand**
24  **whether you've studied how much your sales**
25  **can increase given your current structure**

                                    73

Highly Confidential - Outside Counsels' Eyes Only                          FJN 043599

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2  without adding to these operating expenses,
3  if you doubled sales, would you have to
4  increase operating expenses?
5      MR. HANNAH: Objection to form.
6      A. I believe, I mean, you are looking
7  at the 2005 report, so if you look at this
8  cost structure, I don't think it reflects our
9  current cost structure.
10     Q. Okay.
11     A. So what are you referring by your
12 question?
13     Q. I am wondering about 2005, 2004,
14 that time period.
15        Do you know what the capacity of
16 the company was to increase sales at that
17 time?
18     MR. HANNAH: Objection to form.
19     A. No.
20     Q. Do you have within Finjan anymore
21 detail on the line items that make up each of
22 the three operating expense categories?
23     MR. HANNAH: Objection to form.
24     A. So again I will need to understand
25 what you refer to by "more details"?
                                    74

2      Q. Sure, I'll take an example. For
3  general and administrative, if you want to
4  know what costs were aggregated to make up
5  the $2.7 million in 2005, do you have records
6  that will show you what costs are included in
7  that number?
8      A. Yes.
9      MR. HANNAH: Objection to form.
10     Q. Where are those records?
11     A. They are within the accounting
12 system.
13     Q. Can you ask for a report today that
14 would give you those, those costs that make
15 up the general and administrative?
16     A. Again, when you say for breakdown,
17 are you referring to a breakdown, I mean
18 breakdown could be many variations, so what
19 do you require?
20     Q. At what level of detail do you
21 understand general administrative costs are
22 kept in a broken down form at Finjan?
23     MR. HANNAH: Objection to form.
24     A. So I don't know what level is kept
25 at Finjan, I know what I'm asking usually to
                                    75

2  know what's containing in a certain line
3  item. Usually for general administrative it
4  would be what are the salaries that are
5  related to that, what are the facility costs
6  that you work be there, what are the cost of our
7  general account sale and auditors. So all of
8  that would be included in general
9  administrative, maybe travels, you know, the
10 travel costs, there are employee, employee
11 activities, you know, that will be included
12 there like company events, etc. So all of
13 that are included in that line.
14     Q. Okay. Would you expect that you
15 could ask for a report that would break down
16 each of the separate items you just mentioned
17 for general and administrative?
18     A. Again, the question was if I
19 expect?
20     Q. If you expect that at Finjan there
21 are records that break down each the line
22 items you just mentioned for general and
23 administrative?
24     MR. HANNAH: Objection to form.
25     A. Finjan would or should have this
                                    76

2  breakdown. I personally did not see the
3  breakdown for previous years.
4      Q. I understand. Have you looked at
5  that break down for -- back up.
6        Did you work on the 2006
7  consolidated financial statement?
8      A. No, but I received it as I would
9  say as a finished product.
10     Q. I would like to ask you about the
11 selling and marketing expense in this report.
12     A. Okay.
13     Q. For 2005 that was just a little
14 over $7 million?
15     A. Yes.
16     Q. And selling and marketing, at least
17 on this report, is the largest expense that's
18 reported; is that right?
19     A. Yes.
20     Q. Is that always the case, is
21 Finjan's highest expense item always selling
22 and marketing?
23     MR. HANNAH: Objection to form.
24     A. I don't know.
25     Q. It says here it's selling and
                                    77

Pages 74 to 77

Highly Confidential - Outside Counsels' Eyes Only                FJN 043600

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2  marketing, comma, net, do you know what is
3  netted from that?
4      A.  What is "net" referring to?
5      Q.  Yeah.
6      A.  No.
7      Q.  Okay.  What is included in selling
8  and marketing expense?
9      A.  Okay.  So again, there are salaries
10  that are included there.
11      Q.  Of salespeople or something else?
12      A.  Salaries of the sales and marketing
13  people.
14      Q.  Okay.
15      A.  And there would be commissions for
16  the salespeople.
17      Q.  Okay.
18      A.  There would be all the office
19  expenses that are related to our sales
20  offices and there would be the travels that
21  are related to that.  There would be
22  participation in trade shows probably, all
23  our marketing activities that, you know,
24  brochure, printouts, handouts that we will
25  give to our customers and probably I missed a
                                              78

2  few ones, but these are the major ones.
3      Q.  Okay.  What is the commission
4  structure for Finjan?
5          MR. HANNAH:  Objection to form.
6      A.  Again, you will need to explain
7  what you mean by that.
8      Q.  What is the basis on which you pay
9  commissions?
10      A.  The basis?
11      Q.  Yeah, is it based on sales, for
12  example?
13      A.  The commissions are based on sales,
14  yes.
15      Q.  And are the commissions paid to
16  sales employees of Finjan or to somebody else
17  or both?
18          MR. HANNAH:  Objection to form.
19      A.  The question was to sales employees
20  or somebody else?
21      Q.  Right.
22      A.  Who is the somebody else?
23      Q.  I'll break it down.
24          Are there commissions paid to sales
25  employees of Finjan?
                                              79

2      A.  Yes.
3      Q.  Do you pay commissions to any other
4  sales, for example, resellers or
5  representatives who are not direct employees
6  of Finjan?
7          MR. HANNAH:  Objection to form.
8      A.  Okay.  So now I will refer to what
9  do you define "commission" as?
10      Q.  Well, I'm using your term.  I don't
11  know, you are the financial guy.
12          Do you have a separate line item
13  for commissions in your financials?
14      A.  No.
15      Q.  So if you wanted to know the amount
16  of just the commissions paid in 2005 by
17  Finjan, could you find that out?
18      A.  Yes.
19      Q.  How would you find that out?
20      A.  I would ask for report that
21  provides that.
22      Q.  Those commissions, are they paid to
23  anyone other than direct employees of Finjan?
24          MR. HANNAH:  Objection to form.
25      A.  No.
                                              80

2      Q.  Do all of the salespeople have the
3  same commission structure or does it change
4  from person to person?
5      A.  It changes.
6      Q.  Is it correct that you would expect
7  commissions to go up or down directly in
8  proportion to sales?
9          MR. HANNAH:  Objection to form.
10      A.  Yes.
11      Q.  Are there any other selling and
12  marketing expenses that vary directly in
13  proportion to sales other than commissions?
14          MR. HANNAH:  Objection to form.
15      A.  Are you referring just to the
16  selling and marketing?
17      Q.  Right.
18      A.  If you are speaking it would vary
19  directly to sales, it would be only
20  commissions.
21      Q.  Okay.  Do you know what portion the
22  commissions are of selling and marketing
23  expense?
24      A.  No.
25      Q.  Do you know if it's as much as
                                              81

Pages 78 to 81

Highly Confidential - Outside Counsels' Eyes Only

FJN 043601

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2   half?
3       A.  If it's as much as half of the
4   number that you see here of the 7 million?
5       Q.  Right.
6       A.  I don't think it is that high.
7       Q.  I'm rolling right along, and I have
8   not taken our break that I normally take, so
9   let me know but let's go ahead and take a
10  five-minute break right now.
11      MR. VIDEOGRAPHER:  11:07.  Off the
12  record.
13      (Recess taken.)
14      MR. VIDEOGRAPHER:  It's 11:19.  On
15  the record.
16      Q.  Mr. Sofer, do you have a process
17  where you set budgets?
18      A.  What was the question?
19      Q.  Does Finjan set budgets?
20      A.  "Set"?
21      Q.  Yeah.
22      A.  Yes.
23      Q.  Is there a budget for selling and
24  marketing expense?
25      A.  Yes.
                                        82

2       Q.  How do you set the budget for
3   selling and marketing expense?
4       A.  The budget is set by getting the
5   information from the various people in the
6   organization, then it's put together.
7       Q.  Is budgeting an annual process?
8       A.  Yes.
9       Q.  When do you do budgeting?
10      A.  I don't know because I didn't go
11  through that process.
12      Q.  Okay.  Is there a budget for 2007?
13      A.  Yes.
14      Q.  Is it in writing somewhere?
15      A.  Yes.
16      Q.  And have you seen it?
17      A.  Yes.
18      Q.  Who keeps the budget?
19      A.  The finance team in Israel.
20      MR. HOLDREITH:  Counsel, I did not
21  find any budgets when I was going
22  through documents.
23      Do you know if the budgets have
24  been produced.
25      MR. HANNAH:  I'm not sure, but we
                                        83

2   can look into it.
3       MR. HOLDREITH:  If that's something
4   that could be available today, that
5   would be very helpful, as well.  Maybe
6   at lunch you can look into that.
7       Thanks.
8       Q.  Have you been able -- do you know
9   if Finjan has been able to keep its expenses
10  close to budget?
11      A.  I don't know.  I mean, if you are
12  referring to previous years I really have no
13  idea.
14      Q.  How about in 2007 so far?
15      A.  2007 we are more or less in the
16  range of the budget.
17      Q.  Do you know what the budgeted
18  amount for selling and marketing is in 2007?
19      A.  I don't remember on the top of --
20  off the top of my head, I don't remember this
21  number.
22      Q.  Maybe if we can get a copy of the
23  budget at lunchtime we can go through that.
24  I see that in 2005 at least the amount of
25  selling and marketing expense exceeded the
                                        84

2   revenues.
3       Would you agree with that?
4       A.  You are referring to the 7.1?
5       Q.  Right.
6       A.  Versus the 6.9?
7       Q.  Right.
8       A.  So it's larger, I agree.
9       Q.  Is there a plan that you know of
10  for either increasing revenue or decreasing
11  selling and marketing so that revenue will
12  exceed the selling and marketing expense?
13      MR. HANNAH:  Objection to form.
14      A.  Again, you ask me if I know of a
15  plan?
16      Q.  Yeah.
17      A.  So are you referring to what you
18  see here or for the -- to the future?
19      Q.  For the future.
20      A.  So Finjan has plans to increase its
21  revenues, of course.
22      Q.  Are there specific plans as opposed
23  to obviously I mean the goal of a company is
24  to make revenue, but is there a specific plan
25  for how to increase revenue?
                                        85

Pages 82 to 85

Highly Confidential - Outside Counsels' Eyes Only                    FJN 043602

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2     MR. HANNAH: Objection to form.
3     A.   What do you refer by "specific"?
4     Q.   Is there a written plan, for
5     example, that has particular goals for the
6     company or tasks to increase revenue?
7     A.   I do not see a specific plan that
8     is detailed by goals, but the budget number
9     is bigger than this number, so obviously it's
10    a growth.
11    Q.   Okay. Is there a budgeted revenue
12    number in the budget?
13    A.   Again, we need to define what is
14    revenue.
15    Q.   Okay. I don't understand. Why is
16    that?
17    A.   Because here what you see and as I
18    told you before, this is the GAAP revenue
19    which is a prorated revenue on a monthly
20    basis, and there is -- depends when is the
21    cutoff of the report.
22    Q.   Okay.
23    A.   And so it's a different number
24    than, you know, having revenues that are
25    based on purchase orders that are signed.

86

2     Q.   Is there some revenue number in the
3     budget?
4     A.   There is.
5     Q.   What is the basis for the revenue
6     number in the budget in 2007?
7     A.   So in 2007 the budget number is
8     based on bookings.
9     Q.   How detailed is the budget that you
10    are referring to, is it a greater level of
11    detail, for example, than this statement of
12    operations?
13    A.   It's a one-page -- I think it's
14    more or less the same level of details. So
15    maybe the revenues you would see a breakdown
16    to two lines between U.S. and rest of the
17    world.
18    Q.   Okay.
19    A.   Other than that I don't think there
20    is much higher breakdown.
21    Q.   Are there -- in past years were
22    there budgets?
23    A.   I don't know.
24    Q.   Who would you ask about that?
25    A.   Who would I ask?

87

2     Q.   Yeah?
3     A.   If there were budget in last year?
4     Q.   If you want to know was there a
5     budget in 2004, who would you ask?
6     A.   Okay. So if it was in 2004 our
7     current CEO wasn't there as well, he came in
8     mid 2005, I think or July 2005, so the answer
9     if there was budget in 2004 we need to find
10    somebody that was there. I believe there are
11    some veterans in the finance department that
12    would know that, so I would ask them.
13    Q.   Okay. Just for those who may not
14    be familiar with reading a financial
15    statement, the line that says "operating
16    loss," is that simply gross profit less total
17    operating expenses?
18    A.   Again, you are referring to the
19    operating loss?
20    Q.   Right.
21    A.   In the financial reports of Finjan?
22    Q.   Right.
23    A.   Yes.
24    Q.   Here it's shown in parenthesis
25    because it's a loss as opposed to a profit;

88

2     is that right?
3     A.   Yes.
4     Q.   According to this document,
5     Exhibit 1001, in 2005 the operating loss was
6     about $846,000?
7     A.   Yes.
8         MR. HANNAH: Objection to form.
9     Q.   But for the Microsoft license that
10    operating loss would have been about
11    $8,846,000; is that right?
12        MR. HANNAH: Objection to form.
13    A.   Yes.
14    Q.   Is there --
15    A.   Again, I need to caveat what I'm
16    saying because probably in the expenses in
17    this year there are a lot of expenses that
18    are related to this 8 million revenue. So if
19    you eliminate them probably we need to
20    eliminate some legal costs that are related
21    to that.
22    Q.   Okay. Do you have any idea of what
23    costs there are that were related to the
24    Microsoft license?
25    A.   No idea.

89

Pages 86 to 89

Highly Confidential - Outside Counsels' Eyes Only

FJN 043603

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2      Q.  Do you know if there are any
3   ongoing license revenues that are reported
4   apart from revenues similar to the one
5   reported for 2005 on Exhibit 1001?
6           MR. HANNAH:  Objection to form.
7      A.  So you will need to define what is
8   "ongoing."
9      Q.  I haven't in any of the other
10   financial statements and I'll mark them all
11   and show them to you, I haven't seen a
12   separate line item for license revenues with
13   any amount other than in 2005.
14        Are you aware of any license
15   revenues other than the $8 million to
16   Microsoft that the company is receiving
17   currently?
18           MR. HANNAH:  Objection to form.
19      A.  So if you are looking at my tenure
20   with the company, I'm not aware of license
21   revenues.
22      Q.  Do you know if the company pays out
23   any patent license royalties to anybody?
24           MR. HANNAH:  Objection to form.
25      A.  If Finjan pays, again, patent

90

2   license, what are you referring to by "patent
3   licenses"?
4      Q.  Is there any line item you know of
5   in Finjan's expenses which is a line item for
6   patent royalties payable to anyone?
7           MR. HANNAH:  Objection to form.
8      A.  So again as I said before, we are
9   paying licenses for the antivirus and for the
10   URL filtering, if it's defined as royalties
11   or I don't know patent licenses, I don't know
12   what is the clear definition, but if you
13   think of one time payment like we had with
14   Microsoft, so I don't --
15      Q.  I understand, I understand the
16   clarification you are asking for.  So in
17   order to take the question very specific I'm
18   wondering if Finjan reports a line item that
19   you call patent royalties that you pay to
20   other companies?
21           MR. HANNAH:  Objection to form.
22      Q.  Is it named that in your records?
23           MR. HANNAH:  Objection to form.
24      A.  So in our records we do not
25   separate that line, any line so...

91

2      Q.  Okay.
3      A.  This is part of cost of sales so
4   there are royalties that are paid part of the
5   cost of sales.  If they are named patent
6   licensing, I have no idea.
7      Q.  Okay.  Are the -- are there records
8   which break out the amount of the payments to
9   third parties, whether they are called patent
10   royalties or not?
11           MR. HANNAH:  Objection.
12      A.  Again when you refer to "records,"
13   what are these?
14      Q.  Anywhere if you wanted to know in
15   2006 how much you paid to McAfee, could you
16   find that information?
17      A.  I would need to ask the accounting
18   staff to provide it to me, probably take some
19   digging, but I believe they could provide it.
20      Q.  I would like to ask another
21   question about page seven of the report where
22   the companies are identified.  So this is the
23   page numbered FIN 9703 on Exhibit 1001.
24        Do you have that in front of you?
25      A.  Yes.

92

2      Q.  The very bottom of the page there's
3   a discussion of a stock purchase agreement.
4        Do you see that?
5      A.  Yes.
6      Q.  Do you know that that major new
7   investor who was a party to that stock
8   purchase agreement in June 2004 that was
9   Microsoft?
10           MR. HANNAH:  Objection to form.
11      A.  I would need to read it to know if
12   that is the case.  But in general this was
13   before my time, so I don't know really who
14   that was.
15      Q.  Okay.
16      A.  From what I see here is looks like
17   Microsoft.
18      Q.  All right.  Whoever it was, can you
19   tell from reading this paragraph or do you
20   know separately, is it correct that the
21   company raised about $10 million from the
22   sale of shares that are discussed in
23   paragraph B here on this page FIN 9703?
24           MR. HANNAH:  Objection to form.
25      A.  Okay.  Now, when you say "raised,"

93

Pages 90 to 93

Highly Confidential - Outside Counsels' Eyes Only

FJN 043604

2  what do you mean by that?
3      Q.  Well, this paragraph describes a
4  transaction where the company sold stock to
5  an investor, right?
6      A.  Um-hum.
7      Q.  And the investor made a payment to
8  the company?
9      A.  Yes.
10     Q.  And the payment the investor made
11 to the company was about $10 million?
12         MR. HANNAH:  Objection to form.
13     A.  Okay.  So that was the
14 consideration for the company as part of the
15 stock purchase agreement.  I don't know if it
16 was a round of funding, so that's why I'm
17 saying the word "raised."
18     Q.  You don't know if that was cash to
19 the company?
20     A.  No.
21     Q.  I have a question about the next
22 page eight on Exhibit 1001.  In note two
23 there's a paragraph B and that says that most
24 of the company's revenues are generated in
25 U.S. dollars.
                                          94

2      Do you see that?
3      A.  In paragraph B?
4      Q.  Right.
5      A.  Which line?
6      Q.  So I can point it out to you?
7      A.  The function of currency of the
8  company?
9      Q.  Correct.  Near the bottom of that
10 paragraph, the last sentence three lines up
11 from the bottom says "most of the company's
12 revenues are generated in U.S. dollars."
13     Do you see that?
14     A.  Yes.
15     Q.  Is that because most of the
16 company's sales are in the U.S., or is it for
17 a different reason?
18         MR. HANNAH:  Objection to form.
19     A.  This is a good question.  It's not
20 because most of the company revenues are
21 generated in the U.S.
22     Q.  Are payments for sales outside the
23 U.S. made in U.S. dollars?
24         MR. HANNAH:  Objection to form.
25     A.  Again, this is -- here the sentence
                                          95

2  is speaking of revenues, not of payments.
3      Q.  Okay.
4      A.  So what is your question?
5      Q.  Well, I'm trying to understand
6  which, which revenues there are that are
7  generated in U.S. dollars.
8      Do you know what they are?
9          MR. HANNAH:  Objection to form.
10     A.  So there could be revenues outside
11 of the U.S., in Europe, in the far east or
12 where revenues were closed in 2005 that were
13 nominated in U.S. dollar, so the purchase
14 order would be in U.S. dollar.
15     Q.  Do you know from your experience at
16 the company in 2007, is it the case that your
17 foreign customers denominate their purchase
18 in U.S. dollars?
19         MR. HANNAH:  Objection to form.
20     A.  Again, it's most, not all.
21     Q.  Are there deals that you've been
22 involved with in 2007 that involve foreign
23 customers?
24     A.  In 2007 I'm trying to think,
25 foreign customers outside the U.S.?
                                          96

2      Q.  Yeah.
3      A.  No, I was not involved.
4      Q.  All right.  Do you know how the
5  company's purchase orders are fulfilled?
6      In other words, do you know which
7  Finjan company ships the appliances?
8          MR. HANNAH:  Objection to form.
9      A.  Again, you are referring to the
10 subsidiaries or --
11     Q.  Right.
12     A.  -- the parent company?
13     Q.  Correct.
14     A.  So again, can you repeat the
15 question?
16     Q.  Sure.  Do you know which Finjan
17 company fulfills sales, for example, which
18 company ships appliances to a customer?
19         MR. HANNAH:  Objection to form.
20     A.  So the appliances' origination of
21 shipment will be from Israel.
22     Q.  All right.  And is that true for
23 sales that are made inside the U.S.?
24         MR. HANNAH:  Objection to form.
25     A.  Again, when you are asking would we
                                          97

                                    Pages 94 to 97

Highly Confidential - Outside Counsels' Eyes Only

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2 ship to a customer from the U.S. or from
3 Israel?
4    Q.  So the transaction I have in mind
5 is if you have a customer inside the U.S.
6 invoiced by Finjan U.S.A., are the appliances
7 shipped from that customer from Finjan
8 Israel?
9       MR. HANNAH:  Objection to form.
10   A.  Depends.  Sometimes it would be
11 shipped from Finjan, Inc. because we have
12 inventory that is held here.  If the sale is
13 very big so the customer requests before end
14 of quarter it might be that we would send
15 some of the equipment directly from Israel.
16 In most cases we ship it from our office in
17 San Jose.
18   Q.  All right.  Are there any cases
19 where you have a customer outside the
20 United States where you ship appliances from
21 San Jose to the customer outside the
22 United States?
23      MR. HANNAH:  Objection to form.
24   A.  I'm at the company from 2007, I
25 don't really know if this is done before.
                                          98

2    Q.  How about currently?
3    A.  Currently I'm not aware of any of
4 these shipments.
5    Q.  Okay.
6    A.  I don't think there should be, but
7 there might be, I don't know.
8    Q.  Okay.  I have one more question
9 about this 2005 financial statement and it
10 relates to something on page fifteen, it's
11 numbered FIN 9711.
12      Do you have page fifteen open in
13 front of you?
14   A.  Yes.
15   Q.  All right.  My question is about
16 note four, paragraph C at the bottom of the
17 page.  It's entitled "legal claim."
18      Do you see that?
19   A.  Um-hum.
20   Q.  It says "during 2003 the company
21 received a letter from a third-party alleging
22 to a potential infringement of one of that
23 party's patents."
24      Are you aware of that allegation of
25 patent infringement?
                                          99

2       MR. HANNAH:  Objection to form.
3    A.  No.
4    Q.  Do you know if it was Tumble Weed,
5 is that a familiar name to you?
6    A.  No.
7    Q.  The next sentence says "the company
8 responded that it does not believe that its
9 product infringes the above-mentioned
10 patent."
11      Do you see that?
12   A.  Which line do you see now?
13   Q.  It's the second sentence.
14   A.  Okay.
15   Q.  Is there any basis as CFO that you
16 know of that the company needs in order to
17 make a statement that the company does not
18 believe that its product infringes the
19 above-mentioned patent?
20      MR. HANNAH:  Objection to form.
21   A.  Can you repeat the question?
22   Q.  Sure.  In order for the company to
23 express that view in an audited financial
24 statement, does the company need to do
25 anything to support the statement?
                                          100

2       MR. HANNAH:  Objection to form and
3 I'll caution you to the extent this
4 calls for attorney-client communication,
5 I'll instruct you not to answer, but if
6 you can answer otherwise, go ahead.
7    A.  You asked if the company needs to
8 take some steps in order to put that or if
9 the CFO needs --
10   Q.  Right.  I'm asking as a CFO who
11 knows about financial statements --
12   A.  Yes.
13   Q.  -- do you know whether the company
14 needs to take some steps in order to make a
15 statement like this?
16      MR. HANNAH:  Objection to form.
17   A.  This was long before my time, but I
18 really don't know.
19   Q.  Is it fair to say that at least in
20 that case Finjan, even though it had been
21 accused of infringing a patent, Finjan does
22 not believe that it actually was infringing
23 that patent?
24      MR. HANNAH:  Objection to form.
25   A.  I don't know because it's 2003
                                          101

Pages 98 to 101

Esquire Deposition Services
1-800-944-9454