2   claim that -- I mean, I wasn't really
3   familiar with this claim at all.
4       Q.   I understand.
5           Mr. Hannah handed me today a copy
6   of your 2006 financial statement and I would
7   like to ask you about. I see that Mr. Hannah
8   has a copy. I understand you might have a
9   copy?
10      A.   I have one in my bag. Need to be
11  careful of that.
12          (Exhibit 1034, document, marked for
13  identification, as of this date.)
14      Q.   I would like to mark that copy, but
15  that means that I have to keep it after the
16  deposition today; is that all right?
17      A.   Yeah, no problem.
18      Q.   So I'm going to put a sticker on it
19  so we can keep track of it. That's
20  Exhibit 1034.
21          Is Exhibit 1034 a copy of Finjan's
22  consolidated financial statements for the
23  year ending December 31, 2006?
24      A.   Yes.
25      Q.   Do you believe that Exhibit 1034 is

102

2   an accurate statement?
3           MR. HANNAH: Objection to form.
4       A.   What do you define by "accurate"?
5       Q.   You are not aware of any errors or
6   omissions?
7           MR. HANNAH: Objection to form.
8       A.   Not that I'm aware of.
9       Q.   You expect when the auditors audit
10  it they did their job?
11          MR. HANNAH: Objection to form.
12      A.   Yes.
13      Q.   There is the note on inventory on
14  this statement, it's on page eight.
15          Do you see that?
16      A.   Oh, yeah. I tell you I remember
17  something.
18      Q.   Is that note G the one you were
19  referring to, to explain the basis for the
20  inventory?
21      A.   Yes.
22      Q.   Do you know if the inventory in
23  2006 is reported at cost or whether it's
24  reported at market?
25      A.   The number that you see in the 2006

103

2   report reflects the inventory value which is
3   derived from cost and market, so it's a
4   combination of both.
5       Q.   Okay. Do you know if there is
6   somewhere backup or worksheet that reflects
7   how that inventory number was derived?
8       A.   I know that there is some backup, I
9   don't know where it is. It's not something
10  that is -- it's not a backup that I saw. I
11  believe that there is something that backs up
12  the number.
13          MR. HOLDREITH: Mr. Hannah, because
14      we've had some trouble finding
15      accounting information in this case.
16      I'm going to ask you to ask Ernst &
17      Young and Finjan to preserve any work
18      papers, accounting work papers so that
19      if we want to look at the backup for
20      this stuff we have the best possible
21      chance of obtaining that information.
22      Q.   Is it correct, Mr. Sofer, that as
23  of December 31, 2006 the company showed a net
24  loss of about $12,898,000 for the year 2006?
25          MR. HANNAH: Objection to form.

104

2       A.   You are referring to page four,
3   yes.
4       Q.   Yes. I'm sorry, we spoke over each
5   other so I have to ask you again.
6           Is it correct that for the year
7   ended December 31, 2006 Finjan showed a net
8   loss of about $12,898,000?
9           MR. HANNAH: Objection to form.
10      A.   Yes.
11      Q.   And again, in 2006 as in 2005, is
12  it correct that the selling and marketing was
13  the largest single expense for Finjan?
14      A.   Yes.
15      Q.   Do you know if the Malicious Code
16  Research Center costs are reflected on one of
17  these lines?
18          MR. HANNAH: Objection to form.
19      A.   Again, when you are referring to
20  "Malicious Code Research Center" who are you
21  referring to?
22      Q.   Are you familiar with a group
23  within Finjan called the Malicious Code
24  Research Center?
25      A.   Yes.

105

Pages 102 to 105

Highly Confidential - Outside Counsels' Eyes Only

FJN 043607

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2    Q.  Are the costs of that group
3  reported on one of these lines on the 2006
4  statement of operations?
5    A.  Yes.
6    Q.  Where are those costs?
7    A.  I'm not sure, it could be either by
8  on the research and development line or in
9  the selling and marketing line.
10    Q.  How would you go about finding out
11  where those Malicious Code Research Center
12  costs are?
13    A.  You are asking specifically what,
14  where they are contained and which line item?
15    Q.  Right.
16    A.  I would need to refer to the
17  accounting and ask for a breakdown and see
18  what are the details of the salary costs and
19  look at the employee names and see where --
20  their position.
21    Q.  Okay.  And that's information in
22  Finjan's accounting system that we've
23  discussed?
24    A.  You will need to -- it's accounting
25  and the HR as well, because every employee
                                    106

2  should have a code and that derives which
3  line item in the accounting system it would
4  go, so could be either line.
5    Q.  At the very end of this 2006 report
6  there's -- on the last page there's a
7  paragraph for subsequent events.  Could you
8  turn to that, please.  It's page 22 of
9  Exhibit 1034.
10    A.  Um-hum.
11    Q.  Do you have page 22 in front of
12  you?
13    A.  Yes.
14    Q.  Page 22 refers to a lawsuit filed
15  June 5, 2006 by the company for patent
16  infringement, that's this suit, right?
17      MR. HANNAH:  Objection to form.
18    A.  Can you repeat the question?
19    Q.  Sure.  Is the lawsuit that's
20  referred to on page 22 of the 2006 financial
21  report, is that this lawsuit that we're here
22  today to talk about?
23      MR. HANNAH:  Objection to form.
24    A.  Yes.
25    Q.  And again, note B states "the
                                    107

2  company does not believe that this claim has
3  any merit, referring to Secure Computing's
4  patent infringement claim."
5      Do you see that?
6    A.  Yes.
7      MR. HANNAH:  Objection to form.
8    Q.  And so would you agree with me that
9  Finjan is saying there just because Finjan
10  got sued doesn't mean in Finjan's opinion
11  that the claim has any merit?
12      MR. HANNAH:  Objection to form.
13    A.  Again, you need to repeat your
14  question.
15    Q.  Sure.  Isn't Finjan saying there
16  that even though we've been sued for patent
17  infringement that doesn't mean that the claim
18  has any merit?
19      MR. HANNAH:  Objection to form.
20    A.  I mean that's what the sentence
21  says.
22    Q.  The next line says "the company
23  also does not believe that this legal claim
24  will have any impact on its financial
25  statements."
                                    108

2      Do you see that?
3    A.  Yes.
4    Q.  Do you know what the basis for that
5  statement is?
6      MR. HANNAH:  Objection to form and
7  to the extent this calls for
8  attorney-client communication I'd
9  instruct you not to answer.  If you can
10  answer otherwise, go ahead.
11    A.  So can you repeat the question?
12    Q.  Sure.  Do you know what the basis
13  is for Finjan's belief that
14  Secure Computing's claim will not have any
15  impact on its financial statements?
16      MR. HANNAH:  Again I'll repeat my
17  objection to form and with my
18  instruction.
19    A.  Okay.  So I specifically wasn't
20  aware of any discussions that were, but I
21  know that this statement is based on
22  discussions that were with employees of the
23  company.
24    Q.  With attorneys.  Do you know if
25  Finjan believes that the lawsuit will have no
                                    109

Pages 106 to 109

Highly Confidential - Outside Counsels' Eyes Only                    FJN 043608

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2   impact because Finjan expects to win?
3         MR. HANNAH: Objection to form.
4   Q.  Or do you know whether Finjan
5   believes even if it loses the claim the claim
6   will not have an impact on the financial
7   statement?
8         MR. HANNAH: Excuse me. Objection
9   and I'll remind you of my instruction,
10   answer otherwise.
11   A.  So I don't know on what was or on
12   which one of your attributes was this
13   sentence depending on.
14         MR. HOLDREITH: Let's take our
15   lunch break.
16         MR. VIDEOGRAPHER: 11:51. Off the
17   record. End of tape one.
18         A F T E R N O O N   S E S S I O N
19         (Time noted:  1:14 p.m.)
20   E Z R A   S O F E R, resumed and testified as
21   follows:
22   EXAMINATION BY (Cont'd.)
23   MR. HOLDREITH:
24         (Exhibits 1035 through 1042,
25         documents, marked for identification, as
                                                    110

2         of this date.)
3         MR. VIDEOGRAPHER: It's 1:14 on the
4   record. Beginning of tape two.
5   Q.  Mr. Sofer, while we were off the
6   record I marked some consolidated financial
7   statement copies and one other document. I'm
8   going to go through them one by one just to
9   verify that's what they are. First exhibit
10   is 1035. It's the consolidated financial
11   statements for Finjan Software, Inc. as of
12   December 31, 2004.
13         Is that a copy of an audited
14   financial statement for Finjan on a
15   consolidated basis?
16   A.  The best of my knowledge it is.
17   Q.  Exhibit 1036 is a Finjan Software,
18   Inc. consolidated financial statement as of
19   December 31, 2003.
20         Is that a copy of an audited
21   financial statement for Finjan on a
22   consolidated basis?
23   A.  To the best of my knowledge it is.
24   Q.  Exhibit 1037 is a copy of a
25   document entitled Finjan Software, Inc.
                                                    111

2   consolidated financial statements as of
3   December 31, 2002.
4         Is that a copy of an audited
5   financial statement for Finjan on a
6   consolidated basis?
7   A.  To the best of my knowledge it is.
8   Q.  My copy is missing pages three and
9   four and yours is, as well I'm sure, it's an
10   exact copy and although the Bates numbers are
11   consecutive the pages seem to be missing.
12         Before I just pointed that out did
13   you know there were two pages missing from
14   the 2002 statement?
15   A.  No.
16         MR. HOLDREITH: Counsel, if that is
17   a copying error I'd appreciate it if you
18   could produce those two pages.
19         MR. HANNAH: I will look into it.
20   Q.  Mr. Sofer, Exhibit 1038 is a copy a
21   document with the title "Finjan Software
22   Limited and its subsidiary consolidated
23   financial statements as of December 31,
24   2001."
25         Is that a copy of an audited
                                                    112

2   financial statement for Finjan on a
3   consolidated basis?
4   A.  To the best of my knowledge it is.
5   Q.  Mr. Sofer, Exhibit 1039 is a copy
6   of a document entitled "Finjan Software
7   Limited consolidated financial statements as
8   of December 31, 2000."
9         Is that a copy of an audited
10   financial statement for Finjan on a
11   consolidated basis?
12   A.  The best of my knowledge it is.
13   Q.  Mr. Sofer, Exhibit 1040 is a copy
14   of a document entitled Finjan Software
15   Limited and subsidiary consolidated financial
16   statements as of December 31, 1999.
17         Is that a copy of a consolidated
18   financial statement for Finjan?
19   A.  To the best of my knowledge it is.
20   Q.  Last one. Exhibit 1041 is a copy
21   of a document entitled "Finjan Software
22   Limited financial statement as of
23   December 31, 1998."
24         Is that a copy of a consolidated
25   financial statement for Finjan?
                                                    113

Pages 110 to 113

Highly Confidential - Outside Counsels' Eyes Only                    FJN 043609

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2    A.  To the best of my knowledge it is.
3    Q.  And that one is audited, as well?
4    A.  Yes.
5    Q.  Now, I also gave you a copy of
6  Exhibit 1042.  It's a two-page document
7  numbered FIN 9002 and 03.
8        Have you ever seen this before?
9    A.  No.
10    Q.  It says it's a Finjan Software,
11  Inc. consolidated management report unaudited
12  draft for discussion only."
13        Have you ever seen a report like
14  this?
15    A.  Yes.
16    Q.  What is the unaudited draft of a
17  consolidated management report?
18    A.  This is a quarterly report that is
19  issued for management purposes.
20    Q.  Who issues this report?
21    A.  The finance department.
22    Q.  Is there a person within the
23  finance department who circulates it?
24    A.  Yes.
25    Q.  Who is that?

114

2    A.  The VP finance.
3    Q.  That's Mr. Kraitsman?
4    A.  Yes.
5    Q.  There's a note here on the first
6  page, it says "note 1-D annual invoice to
7  sales."
8        Do you see that?
9    A.  Yes.
10    Q.  What does that refer to?
11    A.  If you remember I explained to you
12  before that there is a difference between the
13  audited reports and the management reports in
14  terms of the GAAP revenues and for management
15  reports.  What we are referring to is
16  actually the purchase orders that were
17  invoiced within a certain period, so that's
18  the numbers that are referred in this report.
19    Q.  Do you know if that is only a
20  timing issue or does it result in differences
21  in amounts to if you adjust for the timing?
22        MR. HANNAH:  Objection to form.
23    A.  You are referring to which period?
24    Q.  Well, here's what I'm wondering.
25  Let me ask some basic questions and then

115

2  we'll get to that.
3    A.  Okay.
4    Q.  Is this chart one where it is on
5  two pages, but it reads across if you line up
6  the two pages?
7    A.  Yes.
8    Q.  Feel free to pull the staple out,
9  if you like, if that makes it easier to
10  refer.
11    A.  No, that's okay, I can see the
12  number.
13    Q.  There's a title over the left most
14  column that says "sales by product."
15        Do you see that?
16    A.  Yes.
17    Q.  Does that indicate that each of the
18  line items below it is a line of sales broken
19  out by product?
20        MR. HANNAH:  Objection to form.
21    A.  Yes.
22        MR. HANNAH:  Go ahead.
23    A.  I see here "sales by product," I
24  don't know if these are all the products of
25  Finjan.

116

2    Q.  Do you know if VSW/FSG stands for?
3    A.  No.
4    Q.  Do you know if that's probably
5  Vital Security for Web/SurfinGate?
6        MR. HANNAH:  Objection to form.
7    A.  If you say that these are -- I mean
8  the letters that you are saying are in line
9  with what's written here, as I would say the
10  abbreviation, but I'm not sure that that's
11  the case.
12    Q.  Can you tell by looking at the
13  numbers and from your knowledge of what these
14  reports generally are, whether that is the
15  line that reports sales of the Vital Security
16  for web appliances and software?
17    A.  I cannot relay to the numbers that
18  are per year to the time I was with Finjan,
19  all these numbers are prior to that from the
20  numbers I'm looking at the first half of 2006
21  it seems these are the numbers, but as you
22  see from the time I'm with Finjan there isn't
23  a breakdown to line of products, but rather
24  one line item.
25    Q.  Okay.  So when you get a report

117

Pages 114 to 117

Highly Confidential - Outside Counsels' Eyes Only                    FJN 043610

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2  from Mr. Kraitsman are all of the sales
3  compressed into a single line?
4      A.  As you see here it is broken down.
5  If you look at 2006 so you would see it's
6  broken down to one item this is Finjan
7  license or, you know, the subscription base
8  revenues and then there is, I think it is the
9  maintenance, yeah the maintenance invoice.
10      Do you see?
11      Q.  Okay.  So considering the first
12  half of 2006 that's the column that says
13  H1/2006; is that right?
14      A.  Um-hum.
15      Q.  Your answer is "yes"?
16      A.  Again, yeah.  I was referring to
17  that, yes.
18      Q.  What happened, just so I
19  understand, what products are included in
20  that $6,751,000?
21      MR. HANNAH:  Objection to form.
22      A.  When you say "what products," I
23  need you to elaborate on that.
24      Q.  Is the $6,751,000 an aggregate of
25  all appliances and software that Finjan

118

2  invoiced in the first half of 2006?
3      A.  Yes.
4      Q.  As you sit here, do you know
5  whether the sales numbers for years, any of
6  the years shown on Exhibit 1042 are accurate?
7      MR. HANNAH:  Objection to form.
8      A.  Again, I need you to define what is
9  "accurate"?
10      Q.  Do you know if this Exhibit 1042
11  reflects the sales that are shown on the
12  books of Finjan by year for the invoiced
13  amounts?
14      MR. HANNAH:  Objection to form.
15      A.  So again books of Finjan" you need
16  to define what is that.
17      Q.  What I'm trying to get a sense of
18  is whether you have any knowledge of whether
19  the numbers on this page are correct?
20      A.  So I'm saying "correct" is a
21  relative word because the question is what
22  are you measuring, so...
23      Q.  Do you know the answer to that,
24  what they are measuring?
25      A.  So I need to know what are you

119

2  referring to by "correct."
3      Q.  Do you know what any of the numbers
4  on Exhibit 1042 are measuring?
5      MR. HANNAH:  Objection to form.
6      A.  I think you asked that question,
7  but I'll say it again.  What is measured here
8  is the invoice revenues that were issued in a
9  certain period and that's what is measured
10  here.
11      Q.  Okay.  Do you know if Exhibit 1042
12  is a correct statement of the invoiced
13  amounts in each period shown on Exhibit 1042?
14      A.  No.
15      MR. HANNAH:  Objection to form.
16      Q.  As you sit here today can you tell
17  me for any year the amount of Finjan's sales
18  of appliances and software?
19      MR. HANNAH:  Objection to form.
20      A.  So I would ask you to repeat the
21  question.
22      Q.  Sure.  Can you tell me the amount
23  of Finjan's sales of appliances and software
24  in any year since the company began?
25      MR. HANNAH:  Objection to form.

120

2      A.  The question is appliance and
3  software as one number?
4      Q.  Yes.
5      A.  And then the question would be what
6  "sales," what are you referring to as
7  "sales"?
8      Q.  What I'm asking, Mr. Sofer, is if
9  you are able to tell me on any basis what the
10  sales of Finjan's appliances and
11  subscriptions have been for any year 1997
12  through 2006?
13      MR. HANNAH:  Objection to form.
14      A.  Okay.  So you are referring to
15  appliance and subscription?
16      Q.  Right.
17      A.  With one number?
18      Q.  Right.
19      A.  And you are referring to invoice
20  sales?
21      Q.  Sure.
22      A.  Please repeat the question.
23      Q.  Can you tell me what the invoice
24  sales of appliances and subscriptions
25  together has been for Finjan in the years

121

Pages 118 to 121

Highly Confidential - Outside Counsels' Eyes Only

FJN 043611

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2  **1997 through 2006?**
3        MR. HANNAH:  Objection to form.
4     A.  Are you referring to audited
5  numbers or unaudited numbers?
6     **Q.  I don't care.  I am asking if you**
7  **can give me any number?**
8     A.  So I don't remember that on top of
9  my head.  If you want specific numbers you
10  have that report here, which is an unaudited
11  report but reflects the invoice sales that
12  were during this period.
13     **Q.  As you sit here today, is this**
14  **Exhibit 1042 the best information you have of**
15  **the amount of Finjan's sales in each year**
16  **1997 through the first half of 2006?**
17        MR. HANNAH:  Objection to form.
18     A.  You will need to define what are
19  "sales" again.
20     **Q.  Well, Mr. Sofer, did Mr. Hannah**
21  **explain to you that you were designated by**
22  **Finjan to come here and testify about the**
23  **company's sales?**
24        MR. HANNAH:  This is calling -- I
25  instruct you not to answer
                                            122

2  attorney-client communication.  I object
3  to the question, as well.
4        MR. HOLDREITH:  Well, it's the easy
5  way or the hard way.  Your guy wants to
6  get out of here, so if you want to do it
7  the hard way that is what we will do.
8        (Exhibit 1043, document, marked for
9  identification, as of this date.)
10     **Q.  Mr. Sofer, Exhibit 1043 is a copy**
11  **of Finjan's responses to a request that I**
12  **made in writing for Finjan to appoint**
13  **witnesses to testify about various topics.**
14  **Finjan has asked you to testify about topic**
15  **number ten, which you can see on page eleven**
16  **of Exhibit 1043.  Topic number ten says**
17  **"past, current and projected sales revenues,**
18  **gross profits and net profits generated from**
19  **the Finjan security products from the date of**
20  **first sale."**
21     **Has any -- are you aware that**
22  **you've been appointed to testify about that**
23  **topic today?**
24     A.  Can you repeat the question again?
25     **Q.  Sure.  Are you aware that you've**
                                            123

2  **been appointed to testify today about the**
3  **past, current and projected sales, revenues,**
4  **gross profits and net profits generated from**
5  **the Finjan security products from the date of**
6  **first sale?**
7        MR. HANNAH:  I think we're getting
8  into a tricky privileged question and I
9  would like to take a break and I can
10  communicate with my client and make sure
11  that we can fully answer the question.
12        MR. HOLDREITH:  All right.  I don't
13  agree with you it's a tricky question,
14  but I won't deny you your break.
15        MR. VIDEOGRAPHER:  It's 1:30.  Off
16  the record.
17        (Off-the-record discussion held out
18  of the room.)
19        MR. VIDEOGRAPHER:  It's 1:32.  On
20  the record.
21        MR. HOLDREITH:  Could you read back
22  the last question, please.
23        (Record read.)
24        MR. HANNAH:  Again, I would like to
25  caution you that this is calling for a
                                            124

2  "yes" or "no" question and that -- a
3  "yes" or "no" answer and that you do not
4  disclose any communications that we had
5  as those communications are privileged,
6  but you can answer the question "yes" or
7  "no."
8     A.  Yes, I am aware.
9     **Q.  Okay.  And did you prepare yourself**
10  **today to be able to testify about past,**
11  **current and projected sales, revenues, gross**
12  **profits and net profits?**
13        MR. HANNAH:  Again, I'd give you
14  the same cautionary instruction.
15     A.  Yes.
16     **Q.  Did you look at any documents?**
17     A.  I looked at the audited financial
18  reports of the company.
19     **Q.  Those are the reports I've put in**
20  **front of me?**
21     A.  The reports that you put in front
22  of me, except for Exhibit 1042.
23     **Q.  Okay.  Do those reports report what**
24  **the past, current and projected sales,**
25  **revenues, gross profits and net profits**
                                            125

Pages 122 to 125

Highly Confidential - Outside Counsels' Eyes Only                    FJN 043612

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2   generated from the Finjan security products
3   are from the date of first sale?
4       A.   Again, you need to define what are
5   the "revenues."  If you are referring to the
6   "revenues" as noted in the financial
7   statements they are.  The reason I'm saying
8   that is because this is not a financial
9   statement, it's different set of numbers.
10      Q.   I understand.  And I understand
11  that you make a distinction between revenues
12  based on invoice and revenues that are
13  prorated for financial purposes.
14      A.   Exactly.
15      Q.   I'll accept either number.
16      Can you give me on either basis the
17  sales of Finjan's security products in the
18  years 1997 through 2006?
19      A.   Again, the numbers appearing on the
20  financial reports and if you want us to go
21  through it we can go through it, throughout
22  the numbers.  So if you would refer to page,
23  I think that was four in Exhibit 1041, you
24  have the revenues for '97 and '98.
25          Would you like me to state them?
                                              126

2       Q.   Sure.  Let me make sure I
3   understand your testimony.  Go ahead.
4       A.   So --
5           MR. HANNAH:  Well is there a
6   pending question?
7           MR. HOLDREITH:  Yeah.
8       A.   The revenues appear --
9           MR. HANNAH:  Object to the form of
10  the question.  Go ahead.
11      A.   So you have the revenues in each
12  one of the years and you see the number of
13  consolidated revenues that appear in 1997 was
14  247,000 and 1998 it was 739,000.  So it goes
15  on.
16      Q.   So if I look at the line on the
17  consolidated financial statements which is
18  revenues for each of the financial
19  statements, Exhibits 1034 through 1041 that
20  will report to me Finjan's sales?
21          MR. HANNAH:  Objection to form.
22      A.   I need you to repeat the question.
23      Q.   Sure.  I'm going to ask
24  specifically about the number you pointed out
25  on page four of Exhibit 1041.
                                              127

2       Is that a statement of Finjan's
3   sales in 1997 and 1998?
4           MR. HANNAH:  Objection to form.
5       A.   So that would be the statement of
6   Finjan's recognized revenues in this time, so
7   the invoiced revenues could be a totally
8   different number depending on what was
9   recognized.
10      Q.   Do any of the documents we have in
11  front of us tell you what the invoice
12  revenues were in any year?
13      A.   Yes.
14      Q.   Which ones?
15      A.   The exhibit that you presented to
16  me, 1042.
17      Q.   All right.  So if I want to know
18  the invoiced revenues in the years 1997
19  through the first half of 2006, I can look at
20  and rely on Exhibit 1042?
21          MR. HANNAH:  Objection to form.
22      A.   For invoiced revenues, yes.  I
23  would caveat it's an unaudited number.
24      Q.   What is the consequence of that?
25      A.   That I would say the auditors of
                                              128

2   the company did not review the accuracy of
3   the number.
4       Q.   Did the numbers -- how often does
5   it happen that the numbers change based on an
6   audit?
7       A.   There could be a situation where
8   for revenue recognition there would be a
9   different set of numbers.  There could be
10  issues where we would issue an invoiced sale
11  and the auditors would say that there isn't
12  enough substantial event for that and kind
13  of, you know, extended payment terms that we
14  shouldn't have invoiced up front, etc., that
15  would change the number.
16      Q.   Okay.  But for Exhibit 1042 these
17  are invoiced numbers rather than revenue
18  recognition, right?
19      A.   Yes.
20      Q.   So the audit considerations you
21  just mentioned should not change the invoice
22  numbers, should they?
23          MR. HANNAH:  Objection to form.
24      A.   Again, if you look at this report
25  as is, the numbers shouldn't have been
                                              129

Pages 126 to 129

Highly Confidential - Outside Counsels' Eyes Only

FJN 043613

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2  changed. If you look in the perspective of
3  time it could be that these numbers would be
4  different.
5      Q.  You are referring to Exhibit 1042
6  in your answer just now?
7      A.  Yeah.
8      Q.  Is there any audited set of
9  invoiced sales that is similar to
10 Exhibit 1042, but that has been audited?
11         MR. HANNAH:  Objection to form.
12     A.  These are management reports that
13 are not audited at all.
14     Q.  Do the auditors audit invoice
15 revenue as opposed to recognized revenue?
16         MR. HANNAH:  Objection to form.
17     A.  Again, I mean, when you say did the
18 auditors audit invoiced revenues, "invoiced
19 revenues" is internal management term of the
20 company so...
21     Q.  Therefore, you don't ask your
22 auditors to audit the revenue invoice
23 annually; is that right?
24     A.  No, we don't.
25     Q.  So is it a fair statement that

130

2  Exhibit 1042 is the best information that
3  Finjan has as to the amount invoiced in each
4  year 1997 through the first half of 2006?
5         MR. HANNAH:  Objection to form.
6      A.  So I would like you to repeat the
7  question, please.
8      Q.  Sure.  Is it correct that
9  Exhibit 1042 reports the best information
10 Finjan has as to the invoiced amounts for the
11 years 1997 through the first half of 2006?
12         MR. HANNAH:  Objection to form.
13     A.  Yes.
14     Q.  Do you know what the reference to
15 the '194 Patent family is on Exhibit 1042
16 next to the designation VSW/FSG?
17         MR. HANNAH:  Objection to form.
18     A.  No.
19     Q.  Have you ever heard anyone at
20 Finjan say that the Vital Security for Web
21 and SurfinGate appliances and software are
22 covered by the '194 Patent?
23         MR. HANNAH:  Objection to form.
24     A.  No.
25     Q.  Do you know if Finjan considers the

131

2  Vital Security appliances and software to be
3  covered by the '194 Patent?
4         MR. HANNAH:  Objection to form.
5      A.  I wasn't familiar with the term
6  "'194 Patent family," so I don't know if it
7  was included or not.
8      Q.  Are you familiar with the Mirage
9  product?  There's a reference in the fourth
10 line here to "Mirage" and in parenthesis it
11 says "Vital Security for documents"?
12     A.  No.
13     Q.  Have you heard of an appliance
14 called the Documents 1Box?
15     A.  No.
16         (Exhibit 1045, document, marked for
17 identification, as of this date.)
18     Q.  Mr. Sofer, Exhibit 1045 is a copy
19 of a two-page document entitled
20 "Documents 1Box."  It's numbered for
21 identification FIN 3541 and 3542.
22         Have you ever seen this product?
23     A.  No.
24     Q.  Do you know what the sales of this
25 product have been in any year?

132

2         MR. HANNAH:  Objection to form.
3      A.  Again, can you repeat the question.
4      Q.  Sure.  Do you know what the sales
5  of the Documents 1Box have been in any year?
6         MR. HANNAH:  Objection to form.
7      A.  No.
8      Q.  Do you know if Finjan has records
9  of what its sales of the Documents 1Box have
10 been?
11         MR. HANNAH:  Objection to form.
12     A.  I'm trying to look if it's in the
13 report you just gave me.  That's probably the
14 Mirage product that you were referring to,
15 but I don't know if that's the only line
16 item.
17     Q.  What makes you say that is probably
18 the Mirage line?
19         MR. HANNAH:  Objection to form.
20     A.  The inference.  The fact that you
21 referred to it before.
22     Q.  I'm sorry?
23     A.  The fact that you referred to it
24 before.
25     Q.  Unfortunately I can't testify in

133

Esquire Deposition Services
1-800-944-9454

Highly Confidential - Outside Counsels' Eyes Only

FJN 043614

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2 this case so I need to -- I need to find out
3 from you if I can. I will point out to you
4 that on Exhibit 1045 the description of the
5 Documents 1Box there is an identification of
6 Vital Security for documents, it's in the
7 right column of the first page in bold.
8 Do you see that?
9 A. Yes.
10 Q. Does that help you to know whether
11 or not the line item for Mirage which says in
12 parenthesis "Vital Security for documents,"
13 on Exhibit 1042 reports sales of the
14 Documents 1Box?
15 A. Yes.
16 Q. Do you think it probably does
17 report sales of the Documents 1Box?
18 A. Yes.
19 Q. According to Exhibit 1042, have
20 Finjan's total sales of the Documents 1Box
21 life to date been about $4,060,000?
22 MR. HANNAH: Objection to form.
23 A. So are you asking me if that's the
24 number?
25 Q. Yes.

134

2 A. So I would like you to repeat the
3 question.
4 Q. According to Exhibit 1042, have
5 Finjan's total sales of the Documents 1Box
6 life to date been about $460,000?
7 MR. HANNAH: Objection to form.
8 A. According to the document 1042,
9 Finjan's invoiced sales year to date or year
10 to half one 2006 are $460,000.
11 Q. Do you know if that's an accurate
12 number?
13 MR. HANNAH: Objection to form.
14 A. No.
15 Q. Do you know if that line that
16 $460,000 includes the Documents 1Box
17 appliance and software subscriptions?
18 MR. HANNAH: Objection to form.
19 A. No.
20 Q. Do you know when the first sale of
21 any Finjan -- let me ask the broadest
22 possible question.
23 Do you know when the first sale of
24 any Finjan product was, first time Finjan
25 sold a product?

135

2 MR. HANNAH: Objection to form.
3 A. Finjan exists from 1996 as a
4 company. When was the exact time that
5 Finjan's product was sold I don't know.
6 Q. You don't know if there were sales
7 in '96, for example?
8 MR. HANNAH: Objection to form.
9 A. I can look in the audited reports.
10 I said that we might get this information
11 from the financial report, but since we have
12 the information from 1997, so I do not really
13 know if there were any sales within 1996, but
14 I could assume that they were, not
15 significant though.
16 Q. The date of the first sale is
17 important to me.
18 Do you know if there is any way to
19 determine the date on which Finjan first sold
20 the product?
21 MR. HANNAH: Objection to form.
22 A. I believe that there is a way we
23 can go to our archives and see that, but I
24 don't have it on top, on the top of my head.
25 (Exhibit 1044, document, marked for

136

2 identification, as of this date.)
3 Q. I'm going to hand you Exhibit 1044.
4 That is a copy of a letter from me to
5 Mr. Hannah and attachment is an e-mail from
6 me to Mr. Hannah.
7 Have you seen any part of
8 Exhibit 1044 before?
9 A. No. I didn't see that.
10 Q. As part of your preparation for
11 your deposition, did you do anything to
12 determine the amount of Finjan's sales by
13 product by month?
14 A. No.
15 Q. Mr. Sofer, do you, at Finjan,
16 allocate any of your costs by product?
17 A. As I said before, at Finjan we
18 don't issue reports by product line, perhaps
19 it was prior to my time, but we do not do
20 that, and we do not allocate the costs.
21 Q. Okay. What about for the
22 appliances, could you not allocate at least
23 the costs to a third-party for supplying the
24 appliance by product?
25 MR. HANNAH: Objection to form.

137

Pages 134 to 137

Highly Confidential - Outside Counsels' Eyes Only

FJN 043615

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2    A. So again you asked a question where
3 you said if we could allocate or not.
4    Q. Right.
5    A. I believe the information is there,
6 but we don't issue the reports because of the
7 size of the company.
8    Q. Okay. I understand.
9    Do you know if it is a different --
10 let me back up and ask a more fundamental
11 question.
12    Do you know who you buy the
13 hardware from for the appliances?
14    A. Yes.
15    Q. Who is that?
16    A. We have two providers; one is a
17 Portwell, I don't remember exactly the name.
18 This is the provider of the Finjan boxes and
19 the second is IBM.
20    Q. What does IBM provide?
21    A. IBM provides the 8,000 appliance
22 which is the bigger box and the 5,000 is
23 provided by Portwell.
24    Q. Do you know if the 1,000 and 3,000
25 boxes are the same box as the 5,000, or is it
                                138

2 a different box with a different price from
3 Portwell?
4    MR. HANNAH: Objection to form.
5    A. I'm not familiar between the
6 differences of the boxes, so I don't know the
7 answer. I believe it has different prices,
8 of course.
9    Q. Who pays the invoices to Portwell,
10 which Finjan company?
11    MR. HANNAH: Objection to form.
12    A. Finjan Limited.
13    MR. HANNAH: Give me a second.
14    A. Sorry.
15    Q. That's Finjan Limited of Israel
16 pays Portwell for the boxes?
17    A. Yes.
18    Q. Is IBM also paid by Finjan of
19 Israel?
20    A. Yes.
21    Q. Are there any intercompany
22 transfers between Finjan Limited and Finjan
23 U.S.A. when inventory is moved to San Jose?
24    MR. HANNAH: Objection to form.
25    A. I believe there are charges, I'm
                                139

2 not familiar how it's calculated.
3    Q. Do you know if Finjan Limited of
4 Israel recognizes any revenue above its cost
5 when it transfers a product to Finjan U.S.A.?
6    MR. HANNAH: Objection to form.
7    A. So I would like you to repeat the
8 question.
9    Q. When Finjan Limited of Israel
10 transfers product into the inventory of
11 Finjan U.S.A., does that happen?
12    A. Yes.
13    Q. Does Finjan Limited of Israel
14 recognize revenue above Finjan Israel's cost
15 in that intercompany transfer?
16    MR. HANNAH: Objection to form.
17    A. I don't know. Sorry.
18    MR. HANNAH: It's okay.
19    Q. Do you have a labor cost for taking
20 the box from your vendor, from IBM or
21 Portwell, and for installing software and
22 preparing it for a Finjan device?
23    MR. HANNAH: Objection to form.
24    A. Are you referring to Finjan's labor
25 cost?
                                140

2    Q. Right.
3    A. Or vendor's labor cost?
4    Q. Right. Let me be more precise
5 then.
6    So at Finjan you received a generic
7 box from a vendor; is that right?
8    A. Yes.
9    Q. At Finjan you then load that device
10 with software; is that right?
11    A. Yes.
12    Q. Do you have a labor cost for
13 loading the device with software?
14    MR. HANNAH: Objection to form.
15    A. We have in the operations
16 department personnel that are responsible for
17 taking care of that. And those personnel are
18 being paid salaries by Finjan, so by
19 definition there is a labor cost there.
20    Q. And which company recognizes that
21 labor cost?
22    MR. HANNAH: Objection to form.
23    A. So now, you go into the transfer
24 pricing between Finjan Israel and Finjan U.S.
25    Q. Okay.
                                141

Pages 138 to 141

Highly Confidential - Outside Counsels' Eyes Only

FJN 043616

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2      A. This was -- I mean, Finjan did a
3   study was prior to me being with Finjan on
4   transfer pricing. It was reviewed by the
5   auditors, I believe there is a whole theory
6   behind what is charged there, theory how
7   should the transfer price be.
8      Q. In the first instance, disregarding
9   the transfer price, are the employees whose
10  salaries are paid for the work of loading the
11  box with software, are they paid by
12  Finjan Limited of Israel?
13         MR. HANNAH: Objection to form.
14     A. The employees that are loading the
15  software to the Finjan box, yes.
16     Q. Are there any support -- well, let
17  me back up.
18         Do you recognize any costs for
19  providing support to your customers?
20         MR. HANNAH: Objection to form.
21     A. I would like you to rephrase the
22  question.
23     Q. Okay. What part is unclear?
24     A. You are asking are we charging our
25  customers for support?
                                    142

2      Q. Not whether you recognize revenue
3   but whether you recognize internally a cost
4   for providing support to your customers?
5   Does Finjan have to pay some employees to do
6   that, for example?
7      A. Yes.
8      Q. Are there support employees who are
9   paid by Finjan Limited of Israel?
10         MR. HANNAH: Objection to form.
11     A. Yes.
12     Q. Are there also support employees
13  who are paid by Finjan, Inc. of the
14  United States?
15     A. Yes.
16         MR. HANNAH: Objection to form.
17  Give me a second, please.
18         (Off-the-record discussion held.)
19     Q. How do you determine which support
20  employees are assigned to support a customer,
21  whether they are support employees from the
22  U.S. company or support employees from
23  Finjan Limited of Israel?
24         MR. HANNAH: Objection to form.
25     A. I don't understand the question.
                                    143

2      Q. Okay. So if you have a given
3   customer --
4      A. Yes.
5      Q. -- how is it decided which support
6   employees will support that customer?
7         MR. HANNAH: Objection to form.
8      A. Okay. So now you are going into an
9   operational question really, I could only
10  testify to the best of my knowledge, so I
11  apologize upfront.
12         The U.S. company has support people
13  and Israel has support people, usually the
14  first level of support is done with the
15  employees that are closer to the customer's
16  site, so that would be the U.S. employees.
17  And the second level of support where there
18  are issues that are more into complication or
19  issues that need reviewing of the code or any
20  changes that it goes back to the support
21  people in Israel.
22         MR. HOLDREITH: Let's take a
23  ten-minute break.
24         MR. VIDEOGRAPHER: It's 1:58. Off
25  the record.
                                    144

2         (Recess taken.)
3         MR. VIDEOGRAPHER: 2:12. On the
4   record.
5      Q. Mr. Sofer, do you know if -- I'll
6   ask a more fundamental question.
7         Mr. Sofer, do you know that Finjan
8   entered into agreements with Cisco and with
9   IBM in 1998?
10         MR. HANNAH: Objection to form.
11     A. I know that Cisco investment --
12  invested in Finjan regarding agreements that
13  we have with Cisco and IBM. I am not
14  familiar with the details.
15     Q. Do you know if Finjan recognized
16  any revenue from relationships with Cisco and
17  IBM in 1998?
18         MR. HANNAH: Objection to form.
19     A. No.
20         MR. HOLDREITH: Counsel, I
21  understand that among the documents that
22  were produced to my office in
23  Minneapolis this morning are agreements
24  with Cisco and IBM. I don't have those
25  here, I'm tying to see if they can be
                                    145

Pages 142 to 145

Highly Confidential - Outside Counsels' Eyes Only

FJN 043617

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2   faxed to me. I don't know if I'm going
3   to get them or not. I wonder if you
4   have copies of those with you.
5       MR. HANNAH: I unfortunately don't
6   have them with me.
7       MR. HOLDREITH: I asked at lunch
8   that you inquire of getting copies of
9   budgets, were you able to do that?
10      MR. HANNAH: Unfortunately it was a
11  difficult task and we are not able to do
12  it at this time.
13      MR. HOLDREITH: I guess I'll put
14  you on notice, Counsel, it shouldn't be
15  a surprise that we are going to ask you
16  to reconvene the deposition at your
17  expense once you provide all these
18  documents. So if you can provide them
19  today, I'll ask about them today if I
20  can, if you can't I understand, but
21  we're going to ask you to make it good.
22      (Exhibit 1046, document, marked for
23  identification, as of this date.)
24      Q.  Here is Exhibit 1046. Mr. Sofer,
25  this has been numbered for identification
                                            146

2   FIN 12994 and 995.
3       Do you know what that document is?
4       A.  No.
5       Q.  Have you ever seen a document like
6   this before at Finjan?
7       A.  No.
8       Q.  Do you recognize any of the item
9   numbers listed in the second column of
10  Exhibit 1046?
11      A.  No.
12      Q.  Do you know if Exhibit 1046 is a
13  document that reports sales of the
14  Internet 1Box and related products by Finjan?
15      MR. HANNAH: Objection to form.
16      A.  Can you repeat the question?
17      Q.  Yeah. Do you know whether
18  Exhibit 1046 is a document that reports sales
19  of the Internet 1Box and related products by
20  Finjan?
21      MR. HANNAH: Objection to form.
22      A.  I see here some lines mention
23  Internet 1Box, so I believe it does, but I
24  don't know what are the other line items, so
25  I couldn't say that's the only thing that is
                                            147

2   in this report.
3       Q.  Okay. I don't want to belabor this
4   because I realize you've told me you have not
5   seen this document.
6       Are you able to tell from your
7   knowledge of Finjan and its accounting
8   systems whether this is a report in U.S.
9   dollars?
10      A.  It's not mentioned here but, you
11  know, it seems like U.S. dollars. I don't
12  know.
13      Q.  Mr. Sofer, I realize I'm showing
14  you documents you may not have seen and may
15  not know anything about, this is my one
16  chance to ask about them of a witness who's
17  been designated to testify on this topic, so
18  I have to find out if you know about them.
19      (Exhibit 1047, document, marked for
20  identification, as of this date.)
21      Q.  Exhibit 1047 is numbered FIN 12992.
22      Do you know what this document is?
23      A.  You are asking if I saw it before?
24      Q.  Do you know what it is?
25      A.  No.
                                            148

2       Q.  Have you seen reports like this
3   before at Finjan?
4       A.  No.
5       Q.  Does Finjan use a document that's
6   called a "credit note"?
7       A.  I don't understand your question.
8       Q.  There's a reference in lines 28
9   through 40 on Exhibit 1047 to something
10  called a "credit note."
11      Is that a document that Finjan
12  uses?
13      A.  I can see that there are invoices
14  and credit notes, I believe that the "credit
15  note" is really a credit for invoices that
16  were issued. But I don't understand the
17  question, does Finjan use a document that is
18  credit note?
19      Q.  Right. What I'm trying to
20  understand is, is a credit note something
21  that Finjan issues in the ordinary course of
22  its business?
23      MR. HANNAH: Objection to form.
24      Q.  Let me ask the really simple
25  question.
                                            149

Pages 146 to 149

Highly Confidential - Outside Counsels' Eyes Only

FJN 043618

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | |
|---|---|
| 2     **Do you know what a "credit note"** | 2     A.  I will need you to refine your |
| 3  **is?** | 3  question. |
| 4     A.  Yes. | 4     **Q.  All right.  I'll ask specific to** |
| 5     **Q.  What's a "credit note"?** | 5  **Finjan.** |
| 6     A.  Once you invoice a customer, there | 6     **Have you ever seen Power Point** |
| 7  is a dispute or disagreement or the appliance | 7  **slides of financial highlights that are** |
| 8  was returned or anything like that, so there | 8  **presented to the board?** |
| 9  is a credit note that is issued. | 9     A.  Yes. |
| 10    **Q.  Okay.  Is a credit note a document** | 10    **Q.  Does that happen on a quarterly** |
| 11  **that reflects cancelling an invoice or** | 11  **basis?** |
| 12  **returning money to a customer?** | 12    A.  Yes. |
| 13    A.  Yes. | 13    **Q.  Who prepares the financial** |
| 14    (Exhibit 1048, document, marked for | 14  **highlights for the board?** |
| 15  identification, as of this date.) | 15    A.  The financial department. |
| 16    **Q.  Mr. Sofer, Exhibit 1048 is a copy** | 16    **Q.  Are those distributed to the board** |
| 17  **of a document entitled "Finjan board meeting** | 17  **somehow?** |
| 18  **Q-4, 1997."  It's number for identification** | 18    A.  Yes. |
| 19  **FIN 1550 through 1565.** | 19    **Q.  How are they distributed?** |
| 20    **Have you ever seen this before?** | 20    A.  On a Power Point presentation. |
| 21    A.  No. | 21    **Q.  Are they transmitted electronically** |
| 22    **Q.  Have you ever seen a presentation** | 22  **to board members?** |
| 23  **like this that presents financial highlights** | 23    A.  By e-mail. |
| 24  **for the board?** | 24    **Q.  Do you also receive a copy of the** |
| 25    MR. HANNAH:  Objection to form. | 25  **quarterly board meeting presentations by** |
| 150 | 151 |

| | |
|---|---|
| 2  **e-mail?** | 2    MR. HANNAH:  Objection to form. |
| 3    A.  Yes. | 3  You can go ahead. |
| 4    **Q.  Do you have copies of those in your** | 4    A.  When we have the quarterly board |
| 5  **e-mail now?** | 5  meeting we presented to the board the |
| 6    A.  Again, you need to refine the | 6  financial status of the company as of the |
| 7  question because it's too broad.  I don't | 7  quarter, end of the quarter that was previous |
| 8  have copy of the board meeting of ten years | 8  to this board meeting.  So if you look, if |
| 9  ago, of course. | 9  there is a board meeting end of July, we |
| 10    **Q.  Of course.** | 10  would present the quarterly financial |
| 11    A.  I'm in the company from | 11  highlights for end of Q 22007. |
| 12  January 2007 and the financial presentations | 12    Now, the financial highlights |
| 13  that were presented to the board from that | 13  contain the financial information of the |
| 14  time forward are, of course, within my | 14  company. |
| 15  e-mail. | 15    **Q.  Is that a standard format for each** |
| 16    **Q.  All right.  Do you have, do you** | 16  **meeting?** |
| 17  **have those on a laptop computer?** | 17    MR. HANNAH:  Objection to form. |
| 18    A.  Yes. | 18    A.  When you say "standard format," |
| 19    **Q.  Do you have that with you here** | 19  what are you referring to? |
| 20  **today?** | 20    **Q.  Do you just update the numbers but** |
| 21    A.  Yes. | 21  **present the same categories of data in the** |
| 22    **Q.  Okay.  What is contained generally** | 22  **same form?** |
| 23  **in the Power Point presentations to the board** | 23    A.  Usually we have a standard form, it |
| 24  **in the financial highlights?** | 24  changes from quarter to quarter, but not |
| 25    A.  What we contain -- | 25  significantly. |
| 152 | 153 |

Pages 150 to 153

Highly Confidential - Outside Counsels' Eyes Only

FJN 043619

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2    Q.   Okay.  What financial figures are
3  reported in the highlights to the board?
4         MR. HANNAH:  Objection to form.
5    A.   The financial figures that are
6  reported to the board are profit and loss, P
7  and L, which are the GAAP reports and the
8  actual budget reports.
9    Q.   Do the actual budget include a
10  comparison of the budget for revenue?
11    A.   Yes.
12    Q.   Does it include a comparison of the
13  budget for costs?
14    A.   Yes.
15    Q.   Does it include a comparison of the
16  budget for some measure of profit?
17    A.   I mean, that's the derivative of
18  the revenues minus the costs.
19    Q.   Is that stated explicitly in the
20  report?
21    A.   Yes.
22    Q.   Does it include any other
23  comparisons to budget?
24    A.   It has --
25         MR. HANNAH:  Objection to form.
                                            154

2    A.   -- yeah, it has a compare on to
3  budget of the items you said on a quarterly
4  basis and year to date.
5    Q.   And do you believe that Finjan has
6  maintained an archive of copies of these
7  presentations to the board prior to the date
8  you started?
9         MR. HANNAH:  Objection to form.
10    A.   When you say "Finjan," you mean the
11  company?
12    Q.   Right.
13    A.   I cannot comment on that because
14  you are referring to information that is ten
15  years ago and for the quarterly reports from
16  the time I'm with Finjan I have it on my
17  laptop, two board meeting, Q-1 and Q-2.
18    Q.   Was the presentation to board
19  members an existing procedure before you
20  joined Finjan or at the time you joined
21  Finjan?
22         MR. HANNAH:  Objection to form.
23    A.   A quarterly board meeting was
24  there, what was presented there I don't know.
25    Q.   Are there other things that are
                                            155

2  presented at the quarterly board meetings
3  other than the financial highlights?
4    A.   Yes.
5    Q.   What are they?
6    A.   I don't remember from top of my
7  head all the subjects, but their overview of
8  the company, there is a quadrant where we did
9  a SWOT analysis, strength, weaknesses,
10  opportunities, threats, and there are updates
11  of the CEO.  Product road map.
12         MR. HOLDREITH:  Counsel, I think
13  there are a lot of documents, a lot of
14  information that has not been produced
15  to us that's relevant to the
16  depositions, responsive to our requests.
17  Certainly these board presentations,
18  current and archived, the budgets, the
19  cost data, sales data, information in
20  the accounting system detail, the
21  agreements that were just produced this
22  morning at my office in Minneapolis.
23         We're going to need to see that,
24  have time to prepare and take a
25  deposition on it and we're going to look
                                            156

2  to you to pay the cost of that
3  deposition because we should have had
4  that data before now for this
5  deposition.
6         If you want to try to mitigate that
7  by going down to the business center
8  right now and print me out as much of
9  that as you can I'm willing to try to
10  look at it, examine on it today to the
11  extent it's available, without
12  prejudicing any rights if we need any
13  more time to prepare.  So I'm going to
14  ask you to consider what you want to do
15  here, but I believe none of that has
16  been produced to us and it's certainly
17  responsive.
18         So if you want to take a minute to
19  consider what you want to do, I'm happy
20  to take a break for a little while, let
21  you print out as much of that data as
22  you can for me, cover as much as you
23  can.  If you don't want to do that, you
24  know, we can discuss later what we think
25  our positions are, but I'm going to want
                                            157

Pages 154 to 157

Highly Confidential - Outside Counsels' Eyes Only                    FJN 043620

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2    you to tell me on the record what you
3    want to do.
4        MR. HANNAH: Okay.
5        MR. HOLDREITH: Do you want to take
6    a break to consider that?
7        MR. HANNAH: Of course. But we're
8    not conceding all of this and believe
9    that our production that we've collected
10   so far has been adequate, but we will
11   look into this, and I'd like to take a
12   break right now.
13       MR. VIDEOGRAPHER: 2:28. Off the
14   record.
15       (Recess taken.)
16       MR. VIDEOGRAPHER: 2:42. On the
17   record.
18       MR. HANNAH: So, Counsel, we've had
19   a chance to confer and we're going to
20   look into the documents and get those to
21   you, work with you and get those to you
22   produced as soon as possible. We'd like
23   to note that we do have several
24   depositions upcoming, particularly in
25   Israel, and we believe that we will have

158

2    people that will be able to testify
3    about those documents.
4        MR. HOLDREITH: Okay.
5        MR. HANNAH: And I would also like
6    to note that to the extent that we need
7    to designate another witness for
8    particular topics, that we can also look
9    into doing that, as well.
10       MR. HOLDREITH: We will certainly
11   work with you if we can solve our need
12   for information without disruption
13   that's all to the good, so I appreciate
14   that.
15       MR. HANNAH: Great.
16   Q. And we can get you to pole vaulting
17   today, and I'm sincere about that by the way,
18   I'm not messing with you.
19       Is the name Bill Lyons familiar to
20   you, Mr. Sofer, L-Y-O-N-S?
21   A. No.
22   Q. I'm sorry if you already answered
23   that question.
24       Did you participate in the
25   budgeting process this year?

159

2    A. No. What I would say just to make
3    sure that I am understood, the budget was
4    prepared for 2007 was prepared before I came
5    on board. The budget has updates that
6    obviously I was part of so I don't want to be
7    misunderstood here.
8    Q. Let me ask you this question.
9        To the extent you have had any
10   involvement with the budget and I recognize
11   it may be limited, have you consulted
12   historic budgets to use as information for
13   doing the current budget?
14       MR. HANNAH: Objection to form.
15   A. I wasn't involved in the
16   preparation of 2007 budget. What I would say
17   that usually you compare to last year
18   performance so I believe that was done in
19   order to prepare the 2007 budget. What was
20   actually done I'm not familiar with.
21   Q. Okay. In any capacity since you've
22   been at Finjan, have you had any reason to
23   look at historic budgets for Finjan?
24   A. I would like you to define what is
25   "historic."

160

2    Q. Sure. I'm particularly interested
3    in whether you know whether there were
4    budgets for years 2003, 2004 or 2005?
5    A. I don't know.
6    Q. Don't know.
7        (Exhibit 1049, document, marked for
8    identification, as of this date.)
9    Q. Mr. Sofer, Exhibit 1049 is entitled
10   "Finjan management matrix 1997 consolidated,"
11   it's numbered FIN 1613.
12       Have you ever seen a document in
13   this form before?
14   A. Again, I would like you to rephrase
15   the question.
16   Q. Sure. Let me ask a more general
17   question.
18       Have you ever seen this document
19   before --
20   A. No.
21   Q. -- Exhibit 1049?
22   A. This is ten years ago.
23   Q. Have you seen more recent documents
24   that use this same format at Finjan?
25   A. This is an Excel sheet, looks like

161

Pages 158 to 161

Highly Confidential - Outside Counsels' Eyes Only

FJN 043621

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2   a format from an Excel sheet, and I am
3   looking at this format, I would say that
4   already line items that might not be exactly
5   the same in the format we used to, for
6   example, there's your column which H/C I
7   believe it refers to head count, which I'm
8   not familiar with such exact format. So if
9   you are asking exact format, no.
10   Q.  Do you use a management matrix at
11   Finjan today?
12   A.  What are you referring to as
13   "management matrix"?
14   Q.  Do you use a document entitled
15   "management matrix"?
16   A.  No.
17   Q.  Do you use a document that compares
18   by quarter projected actual and difference
19   for the line items shown here on
20   Exhibit 1049?
21   A.  Okay.  So as I mentioned before
22   there are quarterly board presentations, and
23   we did, within this presentation there is the
24   actual to budget that is referring to the
25   current quarter.
162

2   Q.  Do you currently use about these
3   same line items in that comparison, or are
4   they different?
5   A.  I think most of the line items are
6   there.
7   Q.  And if I wanted copies of the
8   document that the quarterly reports that
9   include this information, what documents
10   would I ask for?
11   A.  Okay.  So again, what we were
12   relying on was the audited financial reports
13   which reflect, you know, the official reports
14   of Finjan.  On a quarterly basis what you
15   would see is a quarterly report that compares
16   actual to budget, which are not the GAAP
17   revenues because we don't budget on GAAP
18   revenues, you would see compared to Finjan
19   bookings and previously as it was called
20   invoice revenues as what you gave me.  I'm
21   not sure it would be exactly in the same
22   columns format, but there would be a report
23   on a quarterly basis of actual to budget.
24   Q.  What's the name of that report?
25   A.  I don't remember on top of my head,
163

2   but that's a part of Power Point
3   presentation, probably it's written Finjan
4   management report actual versus budget for
5   the quarter ending so and so.
6   Q.  Is that part of a packet that's
7   distributed to board members?
8   A.  Yes.
9   Q.  Is there a name for that packet
10   that's distributed to board members, is it
11   like the quarterly board materials or
12   something like that.
13   A.  Yes, I believe it's Finjan board
14   presentation for, yes.
15   Q.  Okay.
16   A.  Then you have here an example
17   Finjan board meeting and the relevant
18   quarter.
19   Q.  The sample you are referring to is
20   Exhibit 1048?
21   A.  Yeah.  I'm not sure it's exactly
22   the same name, but the same idea.
23   Q.  When I ask Mr. Hannah for it I want
24   to make sure I ask for the right thing,
25   that's why I'm asking.  So I'm going to tell
164

2   him to talk to you if he says he doesn't know
3   what it is.
4   A.  I think by now we know.
5   Q.  I apologize if I asked you this
6   before.
7       Do you know if Finjan has ever had
8   a net profit in any year?
9       MR. HANNAH: Objection to form.
10   A.  I don't know.  Again, we could go
11   through these reports.
12   Q.  I'll spare you the trouble, I can
13   look through them, but if you wanted to find
14   out if Finjan had a net profit in any year
15   would you consult the audited financial
16   reports that we looked at today?
17   A.  I think these are the most reliable
18   source.
19   Q.  Okay.  Would you also look to those
20   same audited financial reports for whether
21   Finjan has ever had a net operating profit?
22       MR. HANNAH: Objection to form.
23   A.  Here I would like to understand
24   what you are referring to by "net operating
25   profit"?
165

Pages 162 to 165

Highly Confidential - Outside Counsels' Eyes Only

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2      Q.  If you look at -- for example,
3   which what year do you have in front of you,
4   2006?
5      A.  Yeah.
6      Q.  Yeah.  Are you looking at the 2006
7   report --
8      A.  Yes.
9      Q.  -- Mr. Sofer, okay.
10        So in the 2006 report on page four
11   there is a line item called "operating loss."
12        Do you see that?
13      A.  Yes.
14      Q.  Is there a corresponding term
15   called "operating profit" if that number is
16   positive?
17        MR. HANNAH:  Objection to form.
18      A.  I believe it was a positive number
19   it would mention operating profit.
20      Q.  And so was it when I said net, was
21   that the part of my question that was
22   confusing?
23      A.  No.  What I meant is that for
24   management purposes probably Finjan would be
25   viewed for operating calculation differently
                                          166

2   than the GAAP revenues.
3      Q.  Okay.
4      A.  Again, as I told you, there are
5   revenues that Finjan receives, receives
6   payment for, but for GAAP purposes are
7   presented prorated over three years and that
8   skews the comparison.  So I just want to
9   bring to your attention you need to be
10   careful when you are looking at the board
11   reports you will not be able to reconcile it
12   back to the audited report.
13      Q.  I understand.
14        Generally is, it the case that your
15   revenues will be higher in any given year if
16   you are reporting on an invoice basis or is
17   that not correct?
18      A.  A correlation.
19        MR. HANNAH:  Objection to form.
20      A.  What I would say and I did not
21   really compare year to year, but if you are
22   on a growth slope where you have more orders
23   that are prorated over years you will be in a
24   situation where the management reports where
25   we provide booking or invoice sales would be
                                          167

2   higher than the amounts that are on the
3   financial reports.
4      Q.  Right.  So when you are evaluating
5   the financial health of Finjan, is there a
6   number or set of numbers you look at to
7   determine the financial health of the
8   company?
9        MR. HANNAH:  Objection to form.
10      A.  Again, what are you referring by
11   "financial health," because there are lines
12   of --
13      Q.  I'm trying it figure out when you
14   as CFO are looking at the numbers and trying
15   to decide are we accomplishing what we want
16   to accomplish here, are you more likely to
17   look at invoice revenue or are you more
18   likely to look at the prorated revenue?
19        MR. HANNAH:  Objection to form.
20      A.  Okay.  So now you are going into a
21   whole debate.  If we will open parenthesis,
22   when I came to the company there was or when
23   I looked at the reports so there was the GAAP
24   reports which actually reflect what is the
25   recurring monthly revenue or on a monthly
                                          168

2   basis that is accumulated that Finjan
3   recognizes on subscription basis, and there
4   are the management report that shows the
5   total booking of the company.  Now, if you
6   look at that there is a big question what is
7   more important, the booking revenues or the
8   ability of the company to generate revenues
9   on a steady basis ongoing.  I was reading
10   some articles about it.  And there's, at
11   least in my philosophy, if you look at the
12   company where you are able to see what is the
13   monthly recurring revenues that are generated
14   by the company it could reflect a much
15   healthier position of the company.  With
16   Finjan because we budget on a booking level,
17   not on a monthly prorated we also get paid
18   usually up front for the total three years,
19   so the booking revenues are measured more as
20   a success of the company.  I think that if
21   the company could show stability and growth
22   on a monthly basis of the install base and it
23   goes along and I could provide it, you know,
24   to show what is the growth that could be a
25   much more meaningful information and it
                                          169

Pages 166 to 169

Highly Confidential - Outside Counsels' Eyes Only

2  prevents the fluctuations because when you
3  look at the quarterly basis it could be that
4  there was a purchase order that goes in a
5  certain quarter or pushed to another quarter,
6  and then you show a very bad quarter.
7  If you look at it on a prorated
8  basis, on a monthly basis you would see that
9  if a PO was pushed by a month it doesn't
10 change the situation -- was pushed from one
11 quarter to the other it wouldn't create that
12 fluctuation if you look at that on the GAAP
13 reports. So again, your question is it could
14 be both ways.
15 Q.  Depends, okay.
16 So is it fair to say in general
17 that invoice numbers can show a larger number
18 at a point in time, but they are more subject
19 to dramatic fluctuations?
20 MR. HANNAH: Objection to form.
21 A.  I agree with your statement, yes.
22 Q.  Is it also fair to say that
23 prorated numbers can give a picture over time
24 but it's harder to compare them to costs
25 because you can't prorate all your costs the
170

2  same way?
3  MR. HANNAH: Objection to form.
4  A.  Again, if you are looking at the
5  revenues so you get some kind of smoothly,
6  now if you remember when we discussed the
7  2006 or it was the 2005 report you asked me
8  about the deferred costs, so we do defer the
9  cost. And you are right that since there are
10 salaries and limits that we do not provide so
11 the cost of sales line and all the other
12 costs are not prorated throughout, throughout
13 the total period, so the operational margins
14 are skewed to the other side, to the other
15 way around.
16 Q.  Right. Okay. So do you ever try
17 to perform a reconciliation where you say if
18 we could prorate all the costs or defer all
19 the costs here's what our financial picture
20 would look like?
21 MR. HANNAH: Objection to form.
22 A.  So I would need you to ask the
23 question again.
24 Q.  Sure. What I'm wondering is, do
25 you ever try to, when you look at the
171

2  smoothed out prorated revenue number, do you
3  ever try to do some calculation or adjustment
4  to prorate and smooth out all of the costs to
5  give you a basis to compare costs versus
6  revenue on a prorated basis, including
7  salaries and things like that?
8  MR. HANNAH: Objection to form.
9  A.  I understand your question, we
10 didn't try to do that.
11 Q.  All right. Do you think that's a
12 calculation that could be done and would be
13 meaningful or do you think there are problems
14 that make it impossible to apply that method?
15 MR. HANNAH: Objection to form.
16 A.  I will tell you for GAAP purposes
17 when we are looking at the GAAP revenues we
18 prorate the revenues to the dollar on a
19 monthly basis, and we accumulate it annually.
20 For GAAP purposes some of the costs are not
21 allowed to be spread once you recur them then
22 you really spent the money already although
23 the liability to the customer on a
24 subscription basis is still there. So I
25 think it would be not only it wouldn't be
172

2  meaningful it would be somehow misleading to
3  somebody to look at that because this cost
4  would not be recoverable in the future. So
5  if you say the profitability is higher then
6  that might cause some skewing in the
7  understanding of the number.
8  Q.  Mr. Sofer, do you, at Finjan, do
9  anything to track sales gains and losses to
10 competitors?
11 MR. HANNAH: Objection to form.
12 A.  Again, I need you to repeat the
13 question.
14 Q.  Sure. Repeat it or clarify?
15 A.  To clarify.
16 Q.  So when you have a customer and the
17 customer decides to stop using Finjan
18 products, do you track that event, do you
19 track that event, do you keep track of
20 customers that you lose over time?
21 MR. HANNAH: Objection to form.
22 A.  We have a system that is tracked
23 through the sales force. I don't know if you
24 are familiar with that. All the salespeople
25 really enter into sales force the pipeline
173

Pages 170 to 173

Highly Confidential - Outside Counsels' Eyes Only

FJN 043624

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2   and then they track the process of the sales.
3   When a sale is lost, so they enter into the
4   system that the sale was lost and what was
5   the reason.
6      Q.  Have you had a chance to look at
7   some of that sales force data?
8      A.  I am connected to sales force, it
9   means I have access to this information, I
10  don't do that on a day-to-day basis, but
11  these issues are, you know, through the
12  course of business, so when there is certain
13  case that I need to look at, of course, I'm
14  looking to the detail.
15     Q.  And have you had occasion to look
16  at sales force to try to determine for what
17  reasons Finjan has lost sales?
18     MR. HANNAH:  Objection to form.
19     A.  This is done by the entire
20  management on I would say regular meetings to
21  understand what happens, why do we lose,
22  where do we lose, etc.
23     Q.  Do you put that written analysis in
24  written form anywhere?
25     MR. HANNAH:  Objection to form.

174

2      A.  I remember it was through
3   discussion, I didn't see analysis in a
4   written form.  I don't know, it might exist
5   within the company.
6      Q.  A never used salesforce.com.
7         Can you describe for me what the
8   interface looks like when you use it?
9         MR. HANNAH:  Objection, objection
10     to form.
11     A.  Sales force is really a tool for
12  managing sales.  It enables every salesperson
13  once there is an opportunity or, you know,
14  they start a process with the customer to
15  open an opportunity within the system to put
16  in the customer details, to put in what they
17  believe is the potential revenues and then
18  document the process within that sales cycle.
19     Q.  Okay.  And when you, as a manager,
20  go and look at salesforce.com, what do you
21  see when you look at the screen?
22     MR. HANNAH:  Objection to form.
23     A.  It varies really, so depends what I
24  want to see.
25     Q.  Okay.  Is there an initial screen

175

2   that you always see when you first go to
3   salesforce.com?
4      A.  It's the screen changes from one
5   person to another, so you could really modify
6   the screen to --
7      Q.  I see.  So do you have a screen
8   that you use when you first go to
9   salesforce.com?
10     MR. HANNAH:  Objection to form.
11     A.  Yeah, I'm not a user -- I mean, I'm
12  not a sales guy that is using the sales
13  force.  But as a manager in the company I
14  have access to the sales force, so usually
15  what I do is I enter the screen which has the
16  global information for the entire company,
17  and then I could scroll down and look at
18  specific opportunities or anything that I
19  want to see.
20     Q.  Okay.  Is that screen organized
21  like a grid or spreadsheet or how is it
22  organized?
23     A.  I define it as --
24     MR. HANNAH:  Objection to form.
25     Thanks.

176

2      A.  So you, you know, if I'm looking at
3   what, you know, entering the screen so it
4   has, you know, you need to put in password,
5   I'm using the finance password and then you
6   get into a screen where it defines reports or
7   you could enter as a salesperson, etc. I
8   usually go to the screen of the reports and
9   there you could see it's something similar to
10  an Excel format.
11     Q.  Okay.  Is there a report you can
12  ask for which is a report of all of the
13  Finjan information on all of salesforce.com?
14     MR. HANNAH:  Objection to form.
15     A.  I don't know.  I believe it's
16  possible.
17     Q.  Is there a report you find useful
18  for your purposes typically that you ask for?
19     MR. HANNAH:  Objection to form.
20     A.  Yes.
21     Q.  What is that?
22     A.  Usually I look at a quarterly
23  funnel report.
24     Q.  Quarterly what report?
25     A.  The funnel report.

177

Esquire Deposition Services
1-800-944-9454

Highly Confidential - Outside Counsels' Eyes Only

FJN 043625

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2    **Q.  Funnel?**
3    A.  Yeah.
4    **Q.  Okay.  And the funnel is the funnel**
5  **of business from initial contact to**
6  **conversion?**
7    MR. HANNAH:  Objection to form.
8    A.  When I look at report there are
9  definitions of the stages of the sale.
10    **Q.  Is "funnel" a term on**
11  **salesforce.com or are you using a more**
12  **business term for funnel?**
13    A.  It's the general business term.
14    **Q.  In your experience have the**
15  **salespeople been good about entering**
16  **information so you can get good current**
17  **information when you look at salesforce.com?**
18    MR. HANNAH:  Objection to form.
19    A.  When you say the "salespeople,"
20  what are you referring to?
21    **Q.  Let me make sure I understand.**
22  **Who is it at Finjan who enters**
23  **information into salesforce.com?**
24    A.  Okay.  The access to salesforce.com
25  is granted to all the salespeople in Finjan,
178

2  there are some that are more, I would say
3  accurate in entering the information on a
4  daily basis, and there are some that need to
5  be pushed to put the information in.
6    **Q.  They are human?**
7    A.  Yeah.
8    **Q.  I'm not shocked by what I'm**
9  **hearing.  All right.**
10  **Can you make any generalization**
11  **about the U.S. sales force, are they better**
12  **or worse than outside the U.S. about keeping**
13  **the information current in salesforce.com?**
14    MR. HANNAH:  Objection to form.
15    A.  When you look at the U.S. sales
16  form -- sales force you know there is a lot
17  of people that are coming in and leaving so I
18  don't really know what is the current
19  situation.
20    **Q.  Okay.  Other than what you've just**
21  **told me about salesforce.com and management**
22  **discussions, is there any way that Finjan**
23  **tries to analyze the reasons that it has lost**
24  **or gained a particular sale?**
25    MR. HANNAH:  Objection to form.
179

2    A.  So I need you to repeat the
3  question.
4    **Q.  Yeah.  You told me about**
5  **salesforce.com just now?**
6    A.  Yes.
7    **Q.  And you told me about some**
8  **management discussions.**
9  **Are there any other ways you try at**
10  **Finjan to determine when you lose a sale or**
11  **when you gain a sale why it was that you lost**
12  **or gained that sale?**
13    MR. HANNAH:  Objection to form.
14    A.  So other than what I said I'm not
15  familiar with other ways.
16    **Q.  Do you know if Finjan has lost any**
17  **deals specifically to Secure Computing?**
18    MR. HANNAH:  Objection to form.
19    A.  When you ask "any deals," what are
20  you referring, which period?
21    **Q.  I want to ask the broadest question**
22  **first.**
23  **Are you aware of any deal where**
24  **Finjan and Secure Computing were competing**
25  **for the deal and Secure Computing got the**
180

2  **deal?**
3    MR. HANNAH:  Objection to form.
4    A.  I don't remember specific deals,
5  but I know that there were situation where we
6  were competing with each other.
7    **Q.  Can you identify those situations**
8  **in any way, by the customer or otherwise?**
9    MR. HANNAH:  Objection to form.
10    A.  I don't recall this information
11  because I'm not involved in the analysis of
12  that, but I believe that when
13  Secure Computing and Finjan or Finjan with
14  any other competitor are competing, the
15  salespeople enter who is the competitor.  We
16  don't always know who is the competitor so
17  it's limited to, you know, the best of our
18  knowledge.
19    **Q.  What other competitors are you**
20  **aware of who have competed with Finjan for**
21  **sales other than Secure Computing?**
22    MR. HANNAH:  Objection to form.
23    A.  I'm not really involved in that
24  process.  What I'm hearing, you know, in
25  meetings, etc., I heard of Blue Coat, I heard
181

Pages 178 to 181

Highly Confidential - Outside Counsels' Eyes Only

FJN 043626

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2  of Secure Computing, I think there were a few
3  others, but I don't recall the other names,
4  but I think Blue Coat was the major other one
5  that I recall that was mentioned.
6      Q.  Okay.  Is it, is it part of your
7  job at Finjan at all to look at analyst
8  reports like IDC or Gartner?
9      A.  No.
10     Q.  Does anyone report to you who is
11  not in the financial group?
12     A.  So again, we need to define what is
13  the "financial group."
14     Q.  It's a circular question.
15         Does anyone report to you who has a
16  sales role?
17     A.  No.
18     Q.  Does anyone report to you who has a
19  business development role?
20     A.  No.
21     Q.  Does anyone report to you who has a
22  research and development role?
23     A.  No.
24     MR. HOLDREITH:  It's about ten
25  after three, I'm going to get organized,
182

2  I will get you out of here by 3:30
3  today.  Just give me five minutes to
4  figure out what questions I have.  We'll
5  take a break.
6      MR. VIDEOGRAPHER:  3:11.  Off the
7  record.
8      (Recess taken.)
9      MR. VIDEOGRAPHER:  3:20.  On the
10  record.
11     Q.  Mr. Sofer, are you aware of a
12  person named Mashe, M-A-S-H-E, Rubin?
13     A.  Again, I need you to say it again.
14     Q.  The name is Mashe.  It's -- I'm not
15  sure how to pronounce it.  The first name is
16  spelled M-A-S-H-E, and the last name is
17  Rubin, R-U-B-I-N?
18     A.  No, it's the first time I hear the
19  name.
20     Q.  All right.  I'm going to be asking
21  Mr. Hannah for some documents and so I just
22  want to understand what documents exist at
23  Finjan.  I'm going to be a little bit
24  repetitive here now.
25         Does Finjan have documents that
183

2  establish the day it first sold the product?
3      MR. HANNAH:  Objection to form.
4      A.  I don't know.  It will require
5  going to archive, you are speaking of ten
6  years ago.
7      Q.  Who would you ask to try to find
8  that document?
9      A.  I think it will be the people that
10  report to me, the financial folks because you
11  are speaking of revenues that were generated
12  by Finjan.
13     Q.  Do you know if you save records of
14  invoices going back ten years at Finjan?
15     A.  I don't know.
16     Q.  Does Finjan have information that
17  would show the invoice sales of appliances
18  separate from subscriptions by month?
19     MR. HANNAH:  Objection to form.
20     A.  I will need to understand the
21  question again.
22     Q.  Sure.  Could you find data that
23  would show for each month the invoice sales
24  of appliances?
25     MR. HANNAH:  Objection to form.
184

2      A.  Again, the invoice sales is
3  information that is in the accounting system.
4  The breakdown what two line items it depend
5  because you are speaking here for a very
6  broad period, so you need to look at it.
7      Q.  At least for some period does
8  information exist that shows invoice sales of
9  appliances separate from subscriptions by
10  month?
11     MR. HANNAH:  Objection to form.
12     A.  So when you say "separate from
13  subscriptions," what do you mean?
14     Q.  Can you, can you find out what the
15  prices that was invoiced for the appliance
16  separately that was invoiced for the
17  subscription?
18     MR. HANNAH:  Objection to form.
19     A.  So we don't have a line item that
20  is called "subscription."
21         So what are you referring to?
22     Q.  That may be the answer to my
23  question.  What I'm wondering is if you
24  anywhere separately allocate some portion of
25  the revenue to the appliance and some portion
185

Pages 182 to 185

Highly Confidential - Outside Counsels' Eyes Only

FJN 043627

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2   of the revenue to the subscription?
3       A.   Okay.  So there is the books and
4   the software, so this is a detail in the
5   accounting system, I don't know if it could
6   be retrieved because for management purposes
7   we are not issuing these reports so that
8   might require a lot of work.
9       Q.   Okay.  At the time of the sale is
10  there a line on the invoice for the appliance
11  separate from the line item for the
12  subscription?
13      MR. HANNAH:  Objection to form.
14      A.   Yes.
15      Q.   And do you keep copies of invoices?
16      A.   The invoices are kept as part of
17  the accounting system.
18      Q.   And are they kept in an aggregated
19  form in a spreadsheet somewhere?
20      MR. HANNAH:  Objection to form.
21      A.   I don't know.
22      Q.   Do the invoices at the time of sale
23  include a separate line item for maintenance
24  if the customers purchase maintenance?
25      A.   I have to think.  If we are looking
                                              186

2   at a typical invoice it would include, it
3   would be included in a separate line item.
4   It could be that in some cases we would
5   prefer to aggregate all of that just to put
6   it in one line item, so we would not be able
7   to separate in that case.
8       Q.   Do you have in your files budgets
9   for any years from 2000 to present?
10      MR. HANNAH:  Objection to form.
11      A.   Again, when you are looking at
12  that, what are you referring to budgets?
13      Q.   Any budgets.
14      MR. HANNAH:  Objection to form.
15      A.   The answer is that for 2007 we have
16  the budgets going back, we will need to
17  check.
18      Q.   All right.  Do you have a breakdown
19  of the line items that make up R and D
20  expenses by year?
21      MR. HANNAH:  Objection to form.
22      A.   Again, what are you referring to by
23  "breakdown"?
24      Q.   Do you have line items that are
25  aggregated to make up R and D expense?
                                              187

2       MR. HANNAH:  Objection to form.
3       A.   So you are asking me before
4   regarding the breakdown of line items,
5   believe to the extent of, you know, the main
6   items there should be the breakdown.  If you
7   are referring to historical amounts, I'm not
8   sure we are archiving the whole information
9   going back ten years.  So I could only
10  testify on, you know, what I know which is
11  2007 there is the breakdown.
12      Q.   There may be a breakdown for before
13  2007, but you don't know?
14      A.   Yes.
15      Q.   Is there a breakdown of line items
16  that make up selling and marketing expense
17  for 2007?
18      A.   Yes.
19      Q.   And do you know whether there's a
20  breakdown of line items that make up selling
21  and marketing expense prior to 2007?
22      MR. HANNAH:  Objection to form.
23      A.   I don't know.
24      Q.   Is it possible?
25      A.   Yes.
                                              188

2       Q.   Same answer for general and
3   administrative expense?
4       A.   Yes.
5       Q.   Have you seen any documents today
6   that break down any of the expenses?
7       MR. HANNAH:  Objection to form.
8       A.   To the extent of breakdown for 2007
9   quarterly report since I was present so we
10  have these breakdown because this is part of
11  the quarterly financial report.  Prior to
12  that I have no idea.
13      Q.   Today, here at the deposition, have
14  you seen any documents that break down
15  expenses?
16      MR. HANNAH:  Objection to form.
17      A.   We have the financial reports which
18  shows the expenses and we can look in the
19  note, there isn't a full breakdown but you
20  have some referred to what some of the
21  expenses comprised of, so it's not a full
22  breakdown.
23      Q.   Other than what's in those notes
24  have you seen any breakdown of expenses at
25  the deposition today?
                                              189

Pages 186 to 189

Esquire Deposition Services
1-800-944-9454

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

2      MR. HANNAH: Objection to form.
3      A.  You mean documents that were
4  presented to me?
5      Q.  Right.
6      A.  I don't remember. A lot of
7  documents were presented. In the financial
8  statements there is some extent the
9  breakdown. 1997 it's not a breakdown but
10  it's high level. The board meeting
11  presentation you gave me for Q-4 1994 I
12  didn't go through it, so I want to go through
13  it right now.
14      Q.  I think I can go through it and
15  verify for myself. I don't see any breakdown
16  there.
17      A.  The other documents there weren't
18  any.
19      Q.  Have you seen any budgets at the
20  deposition today?
21      A.  The financial statements do not, of
22  course, include budgets. Here you presented
23  to me a 1997 consolidated projection versus
24  actual, I don't know if that means budget.
25  So that's the only budget that you showed me.

190

2  The others I don't know, I didn't see budget
3  but probably if the board meeting
4  presentation, again, there is some referral
5  to -- I don't see the word "budget" here.
6      Q.  And the board meeting presentation
7  is the 1997 presentation --
8      A.  Yeah.
9      Q.  -- Exhibit 1048?
10      A.  There was the word "forecast"
11  maybe, maybe ten years ago they called it
12  "forecast."
13      (Jurat contained on next page.)

191

2      MR. HOLDREITH: All right. Subject
3  to the objections I've made on the
4  record today about information that we'd
5  like and don't think we have, I'm
6  finished with my questions for you
7  today. I appreciate your time,
8  Mr. Sofer.
9      A.  Thank you.
10      MR. VIDEOGRAPHER: Here marks the
11  end of the deposition of Mr. Sofer. The
12  time is 3:29 p.m., end of tape two.
13
14          -o0o-
15      (Whereupon, the deposition of EZRA
16  SOFER was concluded at 3:29 p.m.)
17
18      _____
19          EZRA SOFER
20
21  Subscribed and sworn to before me
22  this ___ day of _____, 2007.
23
24  _____
25

192

1
2          C E R T I F I C A T E
3  STATE OF NEW YORK  )
4              : ss.
5  COUNTY OF NEW YORK  )
6
7      I, Toni Allegrucci, a Notary Public
8  within and for the State of New York, do
9  hereby certify:
10      That EZRA SOFER, the witness whose
11  deposition is hereinbefore set forth,
12  was duly sworn by me and that such
13  deposition is a true record of the
14  testimony given by the witness.
15      I further certify that I am not
16  related to any of the parties to this
17  action by blood or marriage, and that I
18  am in no way interested in the outcome
19  of this matter.
20      IN WITNESS WHEREOF, I have hereunto
21  set my hand this 17th day of October,
22  2007.
23
24  _____
25          TONI ALLEGRUCCI

193

Pages 190 to 193

Highly Confidential - Outside Counsels' Eyes Only

FJN 043629

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| 1 | |
| 2 | ---------------I N D E X------------------- |
| 3 | WITNESS        EXAMINATION BY      PAGE |
| 4 | EZRA SOFER       MR. HOLDREITH        5 |
| 5 | --------- INFORMATION REQUESTS ------------- |
| 6 | DIRECTIONS: |
| 7 | RULINGS: |
| 8 | TO BE FURNISHED: |
| 9 | REQUESTS: |
| 10 | MOTIONS: |
| 11 | --------------- EXHIBITS ------------------- |
| 12 | EXHIBIT       DESCRIPTION  FOR ID. |
| 13 | Exhibit 1034    Document    102 |
| 14 | Exhibit 1035    Document    110 |
| 15 | Exhibit 1036    Document    110 |
| 16 | Exhibit 1037    Document    110 |
| 17 | Exhibit 1038    Document    110 |
| 18 | Exhibit 1039    Document    110 |
| 19 | Exhibit 1040    Document    110 |
| 20 | Exhibit 1041    Document    110 |
| 21 | Exhibit 1042    Document    110 |
| 22 | Exhibit 1043    Document    123 |
| 23 | Exhibit 1044    Document    136 |
| 24 | |
| 25 | |

194

| 1 | |
| 2 | ------------- E X H I B I T S ------------- |
| 3 | EXHIBIT       DESCRIPTION      FOR ID. |
| 4 | Exhibit 1045    Document    132 |
| 5 | Exhibit 1046    Document    146 |
| 6 | Exhibit 1047    Document    148 |
| 7 | Exhibit 1048    Document    150 |
| 8 | Exhibit 1049    Document    161 |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

195

Pages  194 to 195

Esquire Deposition Services
1-800-944-9454

Highly Confidential - Outside Counsels' Eyes Only

FJN 043630

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

**A**

abbreviation 117:10
ability 27:14 169:8
able 21:3 47:2 84:8,9
  121:9 125:10 146:9
  146:11 148:6 159:2
  167:11 169:12 187:6
abovementioned
  100:9,19
accept 126:15
access 23:20,24 40:13
  174:9 176:14 178:24
accessible 42:9
accommodate 6:15
accomplish 168:16
accomplishing 168:15
account 69:19 76:7
accounting 12:8 14:24
  19:16 20:7,11,16,19
  21:22,24 22:9,14,18
  23:6,9,14,20,25
  34:25 35:11,12,14
  35:18 36:16,17 37:8
  70:11 75:11 92:17
  104:15,18 106:17,22
  106:24 107:3 148:7
  156:20 185:3 186:5
  186:17
accrual 62:19
accrue 62:24
accumulate 172:19
accumulated 65:11,14
  65:20,23,25 66:2
  169:2
accumulative 66:5
accuracy 129:2
accurate 40:15 46:13
  57:7 103:2,4 119:6,9
  135:11 179:3
accused 101:21
acquire 59:14
action 1:4 193:17
active 18:23 19:2,9
activities 47:19 76:11
  78:23
actual 62:17 70:6
  154:8,9 162:18,24
  163:16,23 164:4
  190:24
add 58:11
adding 74:2
addition 11:11,16
additional 66:20
adequate 158:10
adjust 115:21

adjustment 172:3
admin 12:9
administrative 72:21
  73:2 75:3,15,21 76:3
  76:9,17,23 189:3
ag 1:10
aggregate 57:24
  118:24 187:5
aggregated 75:4
  186:18 187:25
ago 13:25 152:9
  155:15 161:22 184:6
  191:11
agree 85:3,8 108:8
  124:13 170:21
agreement 49:16
  64:11 66:24 93:3,8
  94:15
agreements 47:6 145:8
  145:12,23 156:21
ahead 5:20 6:14 20:9
  21:10 23:18 34:22
  38:11 44:13 47:11
  82:9 101:6 109:10
  116:22 127:3,10
  153:3
allegation 99:24
alleging 99:21
allegrucci 1:24 2:11
  193:7,24
allocate 137:16,20,22
  138:3 185:24
allowed 172:21
amdocs 7:3,6,7,7,8,9
  7:11 8:3
america 7:4
amount 47:2 49:10
  69:24 80:15 84:18
  84:24 90:13 92:8
  120:17,22 122:15
  131:3 137:12
amounts 33:23 115:21
  119:13 120:13
  131:10 168:2 188:7
analysis 156:9 174:23
  175:3 181:11
analyst 182:7
analyze 179:23
annual 49:20 83:7
  115:6
annually 130:23
  172:19
answer 5:21 6:2,4,6,16
  16:8 34:2 41:17,19
  44:10,11 47:20 88:8
  101:5,6 109:9,10

110:10 118:15
  119:23 122:25
  124:11 125:3,6
  130:6 139:7 185:22
  187:15 189:2
answered 44:12
  159:22
answering 58:14
anticipate 5:19
antivirus 68:7 71:17
  91:9
anybody 21:16,17
  90:23
anymore 72:25 74:20
apart 90:4
apologize 61:5 144:11
  165:5
appear 127:8,13
appearing 126:19
appears 32:3 63:16
appliance 28:19 31:6
  31:18,20 32:2,4,7,20
  49:6,7 121:2,15
  132:13 135:17
  137:24 138:21 150:7
  185:15,25 186:10
appliances 28:2,2 30:4
  30:5,10,14,17,19
  31:2,12 32:10 58:24
  59:2,14 67:13 68:7
  68:22,24 69:4,10
  70:16,22,25 71:2,7,9
  71:12 97:7,18,20
  98:6,20 117:16
  118:25 120:18,23
  121:10,24 131:21
  132:2 137:22 138:13
  184:17,24 185:9
apply 172:14
appoint 123:12
appointed 123:22
  124:2
appreciate 5:25
  112:17 159:13 192:7
approached 7:18
archive 27:6 155:6
  184:5
archived 44:18 156:18
archives 136:23
archiving 44:22 188:8
area 8:6
arp 28:24
arrival 33:5,20
articles 169:10
asher 7:16

asked 14:14 39:18
  40:4 62:14 101:7
  120:6 123:14 138:2
  146:7 165:5 171:7
asking 29:23 38:5
  41:17 43:25 44:11
  44:14,22 55:11
  58:12 60:3 75:25
  91:16 97:25 101:10
  106:13 121:8 122:6
  134:23 142:24
  148:23 162:9 164:25
  183:20 188:3
assets 58:6,19
assigned 143:20
assistant 11:22 14:21
  14:21
assume 136:14
attachment 187:5
attention 167:9
attorney 5:13
attorneyclient 41:13
  101:4 109:8 123:2
attorneys 1:16 2:6 3:5
  3:11 21:7 54:14
  109:24
attributable 66:23
attributes 110:12
audit 16:12 17:8 103:9
  129:6,20 130:14,18
  130:22
audited 16:24 17:5
  100:23 111:13,20
  112:4,25 113:9
  114:3 115:13 122:4
  125:17 130:8,10,13
  136:9 163:12 165:15
  165:20 167:12
auditing 16:6,15
auditors 16:12 76:7
  103:9 128:25 129:11
  130:14,18,22 142:5
available 32:5 39:2
  40:22 84:4 157:11
avenue 3:13
aware 15:7,10 22:12
  24:6 28:7 33:2 46:24
  47:5 90:14,20 99:3
  99:24 103:5,8
  109:20 123:21,25
  125:8 180:23 181:20
  183:11

**B**

back 14:14 23:7,15

48:2 69:12 77:5
  124:21 138:10
  142:17 144:20
  167:12 184:14
  187:16 188:9
backs 104:11
backup 45:2 104:6,8
  104:10,19
bad 170:6
bag 102:10
balance 26:15 57:13
  57:21 65:11 69:13
base 34:5 64:10 118:7
  169:22
based 7:25 8:2,5 63:13
  63:19 68:13,16 71:4
  79:11,13 86:25 87:8
  109:21 126:12 129:5
  115:25
basics 60:4
basis 48:15 49:21 57:8
  59:5,6,13 64:17
  69:10 79:8,10 86:20
  87:5 100:15 103:19
  109:4,12 11:15,22
  112:6 113:3,11
  121:9 126:16 151:11
  155:4 163:14,23
  167:16 169:2,3,9,22
  170:3,8,8 172:5,6,19
  172:24 174:10 179:4
bates 74:10,21 112:10
began 120:24
beginning 64:20 111:4
begins 4:2
behalf 4:15
belabor 148:3
belief 109:13
believe 17:3,9 27:8
  28:15 33:22 41:17
  44:10 45:12 55:24
  62:16,24 70:10
  72:17 74:6 88:10
  92:19 100:8,18
  101:22 102:25
  104:11 108:2,23
  136:22 138:5 139:7
  139:25 142:5 147:23
  149:14 155:5 157:15
  158:8,25 160:18
  162:7 164:13 166:18
  175:17 177:15
  181:12 188:5
believes 109:25 110:5

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

benchmark 18:4,9
benitzhaks 54:5
bessimer 18:16
best 104:20 111:16,23
  112:7 113:4,12,19
  114:2 122:14 131:2
  131:9 144:10 181:17
better 26:16 179:11
big 44:16 98:13 169:6
bigger 86:9 138:22
bill 159:19
billing 7:10,13
bit 183:23
blood 193:17
blue 181:25 182:4
board 12:24 14:7
  150:17,24 151:8,14
  151:16,22,25 152:8
  152:13,23 153:4,5,8
  153:9 154:3,6 155:7
  155:17,18,23 156:2
  156:17 160:5 162:22
  164:7,10,11,13,17
  167:10 190:10 191:3
  191:6
boards 10:17
bold 134:7
book 48:4,9
booking 167:25 169:5
  169:7,16,19
bookings 87:8 163:19
books 20:2 119:12,15
  186:3
bottom 54:13 65:10,10
  93:2 95:9,11 99:16
box 138:22,25 139:2
  140:20 141:7 142:11
  142:15
boxes 138:18,25 139:6
  139:16
break 6:12,13,17,18
  25:15 38:25 39:7,17
  76:15,21 77:5 79:23
  82:8,10 92:8 110:15
  124:9,14 144:23
  157:20 158:6,12
  183:5 189:6,14
breakdown 30:21
  75:16,17,18 77:2,3
  87:15,20 106:17
  117:23 185:4 187:18
  187:23 188:4,6,11
  188:12,15,20 189:8
  189:10,19,22,24
  190:9,9,15

brin 12:21,23 13:13,15
bring 167:9
broad 152:7 185:6
broadest 135:21
  180:21
brochure 78:24
broken 50:13 72:7
  75:22 116:18 118:4
  118:6
budget 82:23 83:2,4
  83:12,18 84:10,16
  84:23 86:8,12 87:3,6
  87:7,9 88:3,5,9
  154:8,9,10,13,16,23
  155:3 160:3,5,10,13
  160:16,19 162:24
  163:16,17,23 164:4
  169:16 190:24,25
  191:2,5
budgeted 84:17 86:11
budgeting 83:7,9
  159:25
budgets 82:17,19
  83:21,23 87:22
  146:9 156:18 160:12
  160:23 161:4 187:8
  187:12,13,16 190:19
  190:22
building 8:13,14,17
  9:5,5,8,14,15
business 7:8 16:20
  34:4 39:25 41:2
  62:13 149:22 157:7
  174:12 178:5,12,13
  182:19
buy 34:17 138:12

────── C ──────
calculated 37:7 61:23
  70:12 140:2
calculation 36:20
  37:16,18,20,22,25
  38:4,7 70:10 166:25
  172:3,12
calendar 50:7
california 3:7
call 91:19
called 5:5 15:4,5 54:6
  55:4,20 92:9 105:23
  132:14 149:6,10
  163:19 166:11,15
  185:20 191:11
calling 44:7 122:24
  124:25
calls 41:13 101:4

109:7
cancelling 150:11
cant 6:6 21:15,16 23:3
  133:25 146:20
  170:25
capacity 11:21 73:17
  74:15 160:21
capital 18:20
care 122:6 141:17
careful 102:11 167:10
case 21:13 40:3 41:5
  42:19 52:19 77:20
  93:12 96:16 101:20
  104:15 117:11 134:2
  167:14 174:13 187:7
cases 98:16,18 187:4
cash 32:24 62:20
  64:18,19,23 94:18
categories 71:24 72:8
  74:22 153:21
cause 173:6
caution 101:3 124:25
cautionary 125:14
caveat 89:15 128:23
center 105:16,20,24
  106:11 157:7
ceo 7:17 88:7 156:11
certain 76:2 115:17
  120:9 170:5 174:12
certainly 156:17
  157:16 159:10
certify 193:9,15
cfo 6:21 11:3,9,10 65:2
  100:15 101:9,10
  168:14
chance 104:21 148:16
  158:19 174:6
change 73:11,14 81:3
  129:5,15,21 170:10
changed 34:4 130:2
changes 10:3 47:5
  81:5 144:20 153:24
  176:4
charged 142:6
charges 139:25
charging 142:24
chart 116:4
check 187:17
chief 11:3
chosen 16:23
chrysler 8:13,14,17
  9:5,8,14,15
circular 182:14
circulates 114:23
ciresi 3:10 4:25

cisco 18:5,14,19 145:8
  145:11,13,16,24
city 8:9,14 18:12
civil 1:4
claim 99:17 102:2,3
  108:2,4,11,17,23
  109:14 110:5,5
clarification 91:16
clarify 34:9 57:18
  173:14,15
clarifying 62:22
clear 6:7 35:15 51:2
  91:12
client 124:10
close 84:10
closed 96:12
closer 144:15
coat 181:25 182:4
code 105:15,20,23
  106:11 107:2 144:19
coie 3:4 4:22
collected 158:9
column 116:14 118:12
  134:7 147:9 162:6
columns 163:22
com 175:6,20 176:3,9
  177:13 178:11,17,23
  178:24 179:13,21
  180:5
combination 104:4
come 7:14 32:23
  122:22
comes 32:18 37:9
coming 179:17
comma 78:2
comment 155:13
commercial 47:4
commission 79:3 80:9
  81:3
commissions 78:15
  79:9,13,15,24 80:3
  80:13,16,22 81:7,13
  81:20,22
committee 17:8
communicate 124:10
communication 41:14
  101:4 109:8 123:2
communications
  125:4,5
commute 9:9
companies 7:10,11,13
  10:18 15:14,19,23
  17:14 18:20 20:20
  20:21 54:24 56:4
  57:25 91:20 92:22

company 7:5,9,20,23
  11:6 12:11 14:4,5
  15:4,5,8,11,16,17
  16:21 17:2,3 18:3
  19:21 21:10 22:16
  22:25 23:3 24:23
  28:16,23 30:15,20
  30:23 32:19,24 33:6
  33:16,20 34:3,7 35:4
  40:18 43:2 44:24,25
  45:11 50:15,21
  52:16 55:4,6,9,16,17
  55:18,20,22 56:8,13
  56:19 57:3,9 62:2,14
  64:16 66:2,6 74:16
  76:12 85:23 86:6
  90:16,20,22 93:21
  94:4,8,11,14,19 95:8
  95:20 96:16 97:7,12
  97:17,18 98:24
  99:20 100:7,16,17
  100:22,24 101:7,13
  104:23 107:15 108:2
  108:22 109:23
  120:24 125:18 129:2
  130:20 136:4 138:7
  139:10 141:20
  143:22 144:12
  152:11 153:6,14
  155:11 156:8 168:8
  168:22 169:5,8,12
  169:14,15,20,21
  175:5 176:13,16
companys 94:24 95:11
  95:16 97:5 122:23
compare 155:2 160:17
  167:21 170:24 172:5
compared 163:18
compares 162:17
  163:15
comparison 154:10,12
  154:15 163:3 167:8
comparisons 154:23
competed 181:20
competing 180:24
  181:6,14
competitor 181:14,15
  181:16
competitors 173:10
  181:19
complication 144:18
components 68:18
comprehensive 33:15
  35:7
compressed 118:3

Ezra Sofer
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 3

comprised 189:21
computer 20:4 23:22
  26:22 27:4 37:3
  152:17
computing 1:9 4:5
  5:14 180:17,24,25
  181:13,21 182:2
computings 108:3
  109:14
conceding 158:8
conclude 6:3
concluded 192:16
confer 158:19
confidence 21:18
confidential 1:16 2:6
  21:7,15
confusing 166:22
connected 174:8
consecutive 112:11
consequence 128:24
consider 157:14,19
  158:6
consideration 94:14
considerations 129:20
considering 118:11
considers 131:25
consolidated 36:6 54:7
  54:17 57:8,11,13,21
  66:11,13 77:7
  102:22 111:6,10,15
  111:18,22 112:2,6
  112:22 113:3,7,11
  113:15,17,24 114:11
  114:17 127:13,17
  161:10 190:23
consult 165:15
consulted 160:11
contact 178:5
contain 24:21 43:4
  152:25 153:13
contained 24:15 29:24
  106:14 152:22
  191:13
containing 76:2
contains 30:3
contd 110:22
continue 42:17
control 57:14
controlled 29:8
controller 11:22 12:7
  12:18,19,24 14:3,18
  14:20,23 45:12,15
controllers 14:17
conversation 5:19
conversion 178:6

convince 14:9
coordinator 12:13
copies 26:20 42:12,16
  45:13 111:7 146:4,8
  152:4 155:6 163:7
  186:15
copy 27:3,6,11 42:11
  44:18,19 45:15,22
  54:5,16 84:22 102:5
  102:8,9,14,21
  111:13,20,24 112:4
  112:8,10,20,25
  113:5,9,13,17,20,24
  114:5 123:10 132:18
  137:4 150:16 151:24
  152:8
copying 112:17
corporate 15:8
corporation 1:5,9,10
  1:10,10,11
correct 9:23 10:20
  58:8 66:4 81:6 93:20
  95:9 97:13 104:22
  105:6,12 119:19,20
  120:2,12 131:8
  167:17
correctly 35:21 43:11
  46:14
correlation 167:18
correspondence 43:5
  43:6
corresponding 166:14
cost 59:6,13,22 60:6
  60:10 67:6,11,13,14
  67:14 68:12 69:12
  69:17 70:6,15,18,21
  70:22 71:4 73:10
  74:8,9 76:6 92:3,5
  103:23 104:3 140:4
  140:14,19,24 141:3
  141:12,19,21 143:3
  156:19 157:2 171:9
  171:11 173:3
costs 36:15,17 37:6
  38:13 67:9,22 69:14
  69:15,20,24 70:5,14
  71:5,6,12,21 73:13
  75:4,6,14,21 76:5,10
  89:20,23 105:16
  106:2,6,12,18
  137:16,20,23 142:18
  154:13,18 170:24,25
  171:8,12,18,19
  172:4,5,20
couldnt 147:25

counsel 4:18 21:12
  38:20 40:4,7,17
  41:14,17 42:20 44:8
  83:20 112:16 145:20
  146:14 156:12
  158:18
count 162:7
counterclaimants 1:12
  3:11
counterdefendant 1:6
  3:5
county 193:5
course 38:21 39:24
  41:2 62:13 85:21
  139:8 149:21 152:9
  152:10,14 158:7
  174:12,13 190:22
court 1:2 4:6 5:3,16
  21:13
cover 157:22
covered 131:22 132:3
covering 67:12
create 45:12 170:11
created 60:24
credit 149:6,10,14,14
  149:15,18,20 150:2
  150:5,9,10
currency 95:7
current 40:5 41:15
  44:9 58:6,19 62:7,12
  63:5 72:24 73:25
  74:9 88:7 123:17
  124:3 125:11,24
  156:18 160:13
  162:25 178:16
  179:13,18
currently 10:9 11:2
  12:14,18 22:3 27:22
  39:19 62:3 67:25
  90:17 99:2,3 163:2
customer 9:20 46:15
  46:20 47:15,17
  63:13 64:5,14 71:16
  97:18 98:2,5,7,13,19
  98:21 143:20 144:3
  144:6 150:6,12
  172:23 173:16,17
  175:14,16 181:8
customers 11:17 31:11
  31:17 52:9 65:4
  78:25 96:17,23,25
  142:19,25 143:4
  144:15 173:20
  186:24
cutoff 86:21

cyberguard 1:10
cycle 175:18

_____ D _____

daily 179:4
data 19:18 21:21,23
  23:7,14,21 24:2 26:4
  28:18 29:13,15 30:7
  35:4,6,9,10,12 44:24
  153:21 156:19,19
  157:4,21 174:7
  184:22
database 21:4
date 4:7 102:13 111:2
  123:9,19 124:5
  126:3 132:17 134:21
  135:6,9 136:16,19
  137:2 146:23 148:20
  150:15 155:4,7
  161:8
day 9:10,11 184:2
  192:22 193:21
daytoday 174:10
deal 33:7 34:24 180:23
  180:25 181:2
deals 96:21 180:17,19
  181:4
debate 168:21
decide 43:12 45:9
  168:15
decided 68:22 144:5
decides 173:17
decision 43:8
decreasing 85:10
dedesignate 21:11
defendant 3:11
defendants 1:12 5:2
defer 70:19 171:8,18
deferred 63:6,10,16
  64:15 69:14,20,20
  69:24 70:5,14 171:8
defers 65:7
deficit 65:11,14,20,23
  65:25
define 19:24 31:15
  33:12 61:14 69:3
  80:9 86:13 90:7
  103:4 119:8,16
  122:18 126:4 160:24
cutoff 86:21

176:23 182:12
defined 48:12 50:5
  91:10
defines 177:6
defining 53:22
definition 91:12
  141:19
definitions 11:13
  178:9
delaware 1:3,9,10 4:6
  55:6,18,22
delete 42:21 43:15
  44:15
deleted 43:2,7,19 44:3
  44:14,17 45:17,21
denominate 96:17
deny 124:14
department 88:11
  114:21,23 141:16
  151:15
departure 14:13
depend 185:4
depending 43:7 68:23
  110:13 128:8
depends 26:23 86:20
  98:10 170:15 175:23
deposition 1:17 2:7 4:3
  4:8,15 38:22 54:5
  102:16 137:11
  146:16 156:25 157:3
  157:5 189:13,25
  190:20 192:11,15
  193:11,13
depositions 156:16
  158:24
deposits 32:25
derivative 154:17
derived 38:14,15
  104:3,7
derives 107:2
describe 48:7 175:7
described 35:2 47:19
  61:20
describes 59:19 94:3
description 48:4 54:23
  134:4 194:12 195:3
designate 21:6 159:7
designated 21:14
  122:21 148:17
designation 131:16
destroyed 41:10,25
detail 74:21 75:20
  87:11 156:20 174:14
  186:4
detailed 86:8 87:9

Highly Confidential - Outside Counsels' Eyes Only

FJN 043633