KEENAN, J.
PART I

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

FINJAN, INC., a Delaware corporation

    Plaintiff,

v.

MCAFEE, INC., a Delaware corporation; SYMANTEC, CORP., a Delaware corporation, WEBROOT SOFTWARE, INC., a Delaware corporation, WEBSENSE, INC., a Delaware corporation and SOPHOS, INC., a Massachusetts corporation,

    Defendants.

----------------------------------------x

Misc No. 12 MC 28 (P1)

(pending in the District of Delaware, Civ. Action No. 10-cv-00593-GMS)

~~PROPOSED~~ ORDER TO FILE EXHIBIT UNDER SEAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/26/2012

Upon consideration of Ezra Sofer's request to file an exhibit under seal in connection with Mr. Sofer's Motion To Quash A Subpoena And For A Protective Order; the declaration of Benu Mehra, Esq., dated the 25th day of January 2012; and a copy of the proposed exhibit, it is hereby:

ORDERED, that the October 5, 2007 transcript of the deposition of Ezra Sofer taken in *Finjan Software Ltd. v. Secure Software Computing Corp.* (06-cv-0369 D. Del), shall be filed by the Clerk of Court under seal, and shall remain filed under seal until further order of this Court.

Dated: New York, New York
      January 26, 2012

                                                  John F. Keenan
                                                  U.S. District Judge
                                                  PART I

KL3 2861996.2